| United States Bankruptcy Court<br>Central District of California - Santa Ana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**LifeMasters Supported SelfCare, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**94-3206428** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**15635 Alton Parkway, Suite 400**<br>**Irvine, CA**<br>ZIP Code **92618** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9    ☐ Chapter 15 Petition for Recognition<br>■ Chapter 11      of a Foreign Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13      of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,  ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as    business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ■<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **LifeMasters Supported SelfCare, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>Signature of Attorney for Debtor(s)                    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **LifeMasters Supported SelfCare, Inc.** |

**Signatures**

### Signature(s) of Debtor (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Ron Bender 143364**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Rankin & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

Address

_____
Telephone Number

**September 14, 2009          143364**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X          **See Attached**
_____
Signature of Authorized Individual

**Joseph L. Donato, SPHR**
Printed Name of Authorized Individual

**Senior Vice President, Finance & Administration**
Title of Authorized Individual

**September 14, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **LifeMasters Supported SelfCare, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**Ron Bender 143364**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Rankin & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Joseph L. Donato, SPHR**
Printed Name of Authorized Individual

**Senior Vice President, Finance & Administration**
Title of Authorized Individual

**SEPT. 14, 2009**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Central District of California - Santa Ana

In re __LifeMasters Supported SelfCare, Inc.__ _____ Case No. _____
                                        Debtor(s)         Chapter    __11__ _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Centers for Medicare & Medicaid (CMS)<br>7500 Security Boulevard<br>Baltimore, MD 21244-1850 | Centers for Medicare & Medicaid (CMS)<br>7500 Security Boulevard<br>Baltimore, MD 21244-1850<br>(410) 786-5505 | | | 125,000,000.00<br>(Estimated) |
| Aetna Health Management, LLC<br>980 Jolly Road, Mailstop U2IL<br>Blue Bell, PA 19422 | Aetna Health Management, LLC<br>980 Jolly Road, Mailstop U2IL<br>Blue Bell, PA 19422 | | | 1,961,955.00<br>(Estimated) |
| New Mexico Taxation & Revenue Dept<br>P O Box 25127<br>Santa Fe, NM 87504-5127 | New Mexico Taxation & Revenue Dept<br>P O Box 25127<br>Santa Fe, NM 87504-5127 | | | 370,000.00<br>(Estimated) |
| AmeriChoice Health Services<br>333 N. Alabama St, Suite 350<br>Indianapolis, IN 46204 | AmeriChoice Health Services<br>333 N. Alabama St, Suite 350<br>Indianapolis, IN 46204<br>(317) 405-2331 | | | 256,013.04 |
| INGENIX<br>P O Box 271256<br>Salt Lake City, UT 84127-1256 | INGENIX<br>P O Box 271256<br>Salt Lake City, UT 84127-1256<br>(801) 982-3198 | | | 244,630.00 |
| State Teachers Retirement System of Ohio<br>275 E. Broad Street<br>Columbus, OH 43215 | State Teachers Retirement System of Ohio<br>275 E. Broad Street<br>Columbus, OH 43215<br>(888) 227-7877 | | | 239,733.00 |
| CIT Technology Financing Services, Inc.<br>23896 Network Place<br>Chicago, IL 60673-1238 | CIT Technology Financing Services, Inc.<br>23896 Network Place<br>Chicago, IL 60673-1238<br>(888) 890-6833 | | | 185,443.23 |
| The Wackenhut Corporation<br>4200 Wackenhut Drive, Suite 100<br>Palm Beach Gardens, FL 33410 | The Wackenhut Corporation<br>4200 Wackenhut Drive, Suite 100<br>Palm Beach Gardens, FL 33410 | | | 127,993.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chinese Community Health Plan<br>445 Grant Ave, Suite 700<br>San Francisco, CA 94108 | Chinese Community Health Plan<br>445 Grant Ave, Suite 700<br>San Francisco, CA 94108<br>(415) 397-6140 | | | 53,708.00 |
| Heeter Direct<br>441 Technology Drive<br>Canonsburg, PA 15317 | Heeter Direct<br>441 Technology Drive<br>Canonsburg, PA 15317<br>(724) 746-8900 | | | 29,350.30 |
| Nice Systems, Inc<br>PO Box 9421<br>Uniondale, NY 11555-9421 | Nice Systems, Inc<br>PO Box 9421<br>Uniondale, NY 11555-9421<br>(201) 964-2600 | | | 27,307.30 |
| Duquesne Litho Inc.<br>350 Presto-Sygan Road<br>Bridgeville, PA 15017 | Duquesne Litho Inc.<br>350 Presto-Sygan Road<br>Bridgeville, PA 15017<br>(412) 221-2325 | | | 19,502.69 |
| Kieckhafer,Schiffer &<br>Company LLP<br>6201 Oak Canyon Drive<br>Irvine, CA 92618 | Kieckhafer,Schiffer & Company LLP<br>6201 Oak Canyon Drive<br>Irvine, CA 92618<br>(949) 250-3900 | | | 19,100.00 |
| THE NETWORK GUYS<br>39355 California St.<br>FREEMONT, CA 94538 | THE NETWORK GUYS<br>39355 California St.<br>FREEMONT, CA 94538 | | | 18,944.00 |
| DOME Printing<br>340 Commerce Circle<br>Sacramento, CA 95815 | DOME Printing<br>340 Commerce Circle<br>Sacramento, CA 95815<br>(800) 343-3139 | | | 14,393.07 |
| Faria Printing & Graphics<br>1812 Tribute Road<br>Sacramento, CA 95815 | Faria Printing & Graphics<br>1812 Tribute Road<br>Sacramento, CA 95815<br>(916) 927-1165 | | | 14,136.43 |
| R Systems<br>5000 Windplay Drive, Suite 5<br>El Dorado Hills, CA 95762 | R Systems<br>5000 Windplay Drive, Suite 5<br>El Dorado Hills, CA 95762<br>(916) 350-3003 | | | 12,320.00 |
| CHANNING L. BETE CO., INC.<br>PO BOX 84-5897<br>BOSTON, MA 02284-5897 | CHANNING L. BETE CO., INC.<br>PO BOX 84-5897<br>BOSTON, MA 02284-5897<br>(800) 828-2827 | | | 11,512.48 |
| American Diagnostic Corp. (<br>ADC )<br>55 Commerce Drive<br>Hauppauge, NY 11788 | American Diagnostic Corp. ( ADC )<br>55 Commerce Drive<br>Hauppauge, NY 11788<br>(800) 232-2670 | | | 10,752.50 |
| Cenveo San Francisco<br>P.O. Box 31001-1187<br>Pasadena, CA 91110-1187 | Cenveo San Francisco<br>P.O. Box 31001-1187<br>Pasadena, CA 91110-1187<br>(650) 599-6272 | | | 7,352.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Senior Vice President, Finance & Administration of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____SEPT. 14, 2009_____          Signature _____

                                        Joseph L. Donato, SPHR
                                        Senior Vice President, Finance & Administration

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Ron Bender 143364**

Address    **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **LifeMasters Supported SelfCare, Inc.** | Case No.: |
| | Chapter:    **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __8__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

**See Attached**

Date:   **September 14, 2009**

**Joseph L. Donato, SPHR/Senior Vice President, Finance & Administration**
Signer/Title

Date:   **September 14, 2009**

Signature of Attorney
**Ron Bender 143364**
**Levene, Neale, Bender, Rankin & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Ron Bender 143364**

Address     **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone   _____

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| List all names including trade names used by Debtor(s) within last 8 years:<br>**LifeMasters Supported SelfCare, Inc.** | Case No.: |
| --- | --- |
| | Chapter:        **11** |
| | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of $\aleph$ __ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   _SEPT. 14, 2009_

Joseph L. Donato, SPHR/Senior Vice President, Finance & Administration
Signer/Title

Date:   _____

Signature of Attorney
**Ron Bender 143364**
**Levene, Neale, Bender, Rankin & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

LifeMasters Supported SelfCare, Inc.
15635 Alton Parkway, Suite 400
Irvine, CA 92618

Ron Bender
Levene, Neale, Bender, Rankin & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000

ABL ORGANIZATION
930 W. Town and Country Road
Orange, CA 92868-4714

Aetna Health Management, LLC
980 Jolly Road, Mailstop U2IL
Blue Bell, PA 19422

American Diagnostic Corp.     ADC
55 Commerce Drive
Hauppauge, NY 11788

AmeriChoice Health Services
333 N. Alabama St, Suite 350
Indianapolis, IN 46204

Ashcraft Real Estate & Development Corp.
8200 Mountain Rd. NE suite 102
Albuquerque, NM 87110-7835

AT&T - Bankr. Dept. All Regions
P.O. Box 769
Arlington, TX 76004

Callahan-Pentz Properties
5674 Stoneridge Dr. Suite 212
Pleasanton, CA 94588

Canon Financial Services, Inc
14904 Collections Center Dr
Chicago, IL 60693

Carrier Corporation
Employee

CDW Government Inc.
75 Remittance Dr.
Chicago, IL 60675-1515

Centers for Medicare & Medicaid  CMS
7500 Security Boulevard
Baltimore, MD 21244-1850

Cenveo San Francisco
P.O. Box 31001-1187
Pasadena, CA 91110-1187

CHANNING L. BETE CO., INC.
PO BOX 84-5897
BOSTON, MA 02284-5897

Chinese Community Health Plan
445 Grant Ave, Suite 700
San Francisco, CA 94108

Cisco Systems Capital Corporation
1111 Old Eagle School Road
Wayne, PA 19087

Cisco Systems Capital CRO
PO BOX 41601
Philadelphia, PA 19101

CIT Communications Finance Corporation
1 CIT Drive
Livingston, NJ 07039

CIT Technology Financial Services, Inc.
PO BOX 550599
Jacksonville, FL 32255

CIT Technology Financing Services I LLC
10201 Centurion Parkway North
Jacksonville, FL 32256

CIT Technology Financing Services, Inc.
23896 Network Place
Chicago, IL 60673-1238

Citicorp Vendor Finance, Inc.
1255 Wrights Lane
West Chester, PA 19380

CPRE-1 LLC c/o Jones Lang LaSalle
201 Mission Street, Suite 1300
San Francisco, CA 94105

CPS Energy - Bankruptcy Section
145 Navarro, Mail Drop 101013
San Antonio, TX 78205

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

DeLage Landen
1055 Westlakes Dr.
Berwyn, PA 13212

Dell Financial Services, L.P.
12234 N. IH-35, Bldg. B
Austin, TX 78753

Deloitte Tax LLP
PO Box 2079
Carol Stream, IL 60132-2079

DOME Printing
340 Commerce Circle
Sacramento, CA 95815

Duquesne Litho Inc.
350 Presto-Sygan Road
Bridgeville, PA 15017

Eleven Fortune Park Limited Partnership
P.O. Box 60430
Charlotte, NC 28260-0430

Expanets of North America LLC
9780 Mt. Pyramid Ct., Suite 400
Englewood, CO 80112

Faria Printing & Graphics
1812 Tribute Road
Sacramento, CA 95815

First Choice Services   Santa Clara
3130 Alfred St
Santa Clara, CA 95054

Fuller Engineering Co., LLC
4135 West 99th Street
Carmel, IN 46032

H2 Communications
1817 East Carson Street
Pittsburgh, PA 15203

Heeter Direct
441 Technology Drive
Canonsburg, PA 15317

IBM
PO BOX 676673
Dallas, TX 72567

IBM Credit LLC
1 North Castle Drive
Armonk, NY 10504


Indiana Economic Development Corporation
One North Capital Ave, Suite 700
Indianapolis, IN 46204


INGENIX
P O Box 271256
Salt Lake City, UT 84127-1256


IRON MOUNTAIN  IRV  Acct #CF514
PO Box 601002
Los Angeles, CA 90060-1002


Kieckhafer,Schiffer & Company LLP
6201 Oak Canyon Drive
Irvine, CA 92618


Knova/Consona CRM Inc.
Dept. CH 10863
Palatine, IL 60055-0863


Masergy
2740 Dallas Parkway
Plano, TX 75093


MERCER HUMAN RESOURCE CONSULTING
P.O. BOX 730212
DALLAS, TX 75373

Neopost Leasing
PO BOX 45822
San Francisco, CA 94145-0822

New Mexico Taxation & Revenue Dept
P O Box 25127
Santa Fe, NM 87504-5127

Nice Systems, Inc
PO Box 9421
Uniondale, NY 11555-9421

OnTrac
Dept. 1664
Los Angeles, CA 90084-1664

Pitney Bowes Credit Corp
1313 N. Atlantic Street, FL3
Spokane, WA 99201

Pitney Bowes Financial Services
5101 Interchange Way
LOUISVILLE, KY 40229

Qwest  Bankr. Dept.
P.O. Box 5508
Bismarck, ND 58506

R Systems
5000 Windplay Drive, Suite 5
El Dorado Hills, CA 95762

SPARKLETTS DRINKING WATER
PO BOX 660579
DALLAS, TX 75266-0579

State Teachers Retirement System of Ohio
275 E. Broad Street
Columbus, OH 43215

Telapprise
6920 Santa Teresa Blvd
San Jose, CA 95119

The Irvine Company
8001 Irvine Center Drive, Suite 840
Irvine, CA 92618

THE NETWORK GUYS
39355 California St.
FREEMONT, CA 94538

The Wackenhut Corporation
4200 Wackenhut Drive, Suite 100
Palm Beach Gardens, FL 33410

VERIZON WIRELESS  Financial Services
15505 Sand Canyon Avenue
Irvine, CA 92618

Wimer Designs
93 Martin Drive
Novato, CA 94949

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Ron Bender**<br>**Levene, Neale, Bender, Rankin & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br><br>143364<br>☒ *Attorney for:* Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA** | |
| In re:<br><br>**LifeMasters Supported SelfCare, Inc.**<br><br>                                                               Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

| | | |
|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed:   **09/14/2009** |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: |
| ☐ | Other: _____ | Date Filed: |

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**See Attached**
_____
*Signature of Authorized Signatory of Filing Party*

**Joseph L. Donato, SPHR**
_____
*Printed Name of Authorized Signatory of Filing Party*

**Senior Vice President, Finance & Administration**
_____
*Title of Authorized Signatory of Filing Party*

September 14, 2009
_____
Date

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____
*Signature of Attorney for Filing Party*

**Ron Bender 143364**
_____
*Printed Name of Attorney for Filing Party*

September 14, 2009
_____
Date

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Ron Bender**<br>**Levene, Neale, Bender, Rankin & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br><br>**143364**<br>☒ *Attorney for:* Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA** | |
| In re:<br><br>**LifeMasters Supported SelfCare, Inc.**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists      Date Filed:  __09/14/2009__
☐ Amendments to the petition, statement of affairs, schedules or lists      Date Filed:  _____
☐ Other: _____      Date Filed:  _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____      __SEPT.  14, 2009__
*Signature of Authorized Signatory of Filing Party*      Date

**Joseph L. Donato, SPHR**
*Printed Name of Authorized Signatory of Filing Party*

**Senior Vice President, Finance & Administration**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____      _____
*Signature of Attorney for Filing Party*      Date

**Ron Bender 143364**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

## BOARD RESOLUTION AUTHORIZING CHAPTER 11 BANKRUPTCY FILING BY LIFEMASTERS SUPPORTED SELFCARE, INC.

A meeting of the Board of Directors (the "Board") of LifeMasters Supported SelfCare, Inc. (the "Company") was held on September 11, 2009, at which the following resolutions were duly enacted by the Board, and the same remain in full force and effect, without modification, unless and until the Board adopts a further resolution to the contrary:

> RESOLVED, that a Petition under the provisions of Chapter 11 of Title 11 of the United States Code shall be filed by the Company with the United States Bankruptcy Court, Central District of California on September 14, 2009 or the first possible date thereafter as determined by the Designated Officer upon the advice of counsel (the "Bankruptcy Filing Date");

> FURTHER RESOLVED, that the law firm of Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB") shall be retained as bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company in its Chapter 11 bankruptcy case. The Designated Officer is hereby authorized and directed to execute an application for the Company to employ LNBRB as bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;

FURTHER RESOLVED, that Alvarez & Marsal Healthcare Industry Group, LLC ("A&M") shall be retained as crisis managers to the Company for purposes of assisting the Company in its Chapter 11 bankruptcy case and to provide support to the Designated Officer and such other officers and additional personnel described herein;

FURTHER RESOLVED, that effective as of the Bankruptcy Filing Date, George Pillari ("Pillari") is employed as the President and Chief Executive Officer of the Company (the "Designated Officer"), and Brian Buchanan is employed as the Chief Financial Officer and Secretary (the "CFO") of the Company;

FURTHER RESOLVED, that effective as of the Bankruptcy Filing Date, the Company is authorized to enter into: (i) that certain engagement letter agreement substantially in the form attached hereto with respect to the services to be provided by A&M, the Designated Officer, the CFO and certain additional personnel as described therein as well, (ii) the Indemnification Agreement with A&M in the form attached hereto, and (iii) the bankruptcy employment application with A&M in the form attached hereto. Arthur H. Spiegel, III, Chairman of the Board, is authorized and directed to sign all of the foregoing A&M documents on behalf of the Company;

FURTHER RESOLVED, that Joseph L. Donato, Senior Vice President, Finance & Administration, is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition for the Company and

all related documents and papers on behalf of the Company in order to enable the Company to commence its Chapter 11 bankruptcy case;

FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case.

FURTHER RESOLVED, that the Designated Officer and the CFO are provided with the authority to take such other actions on behalf of the Company consistent with the duties of President, Chief Executive Officer and Chief Financial Officer, respectively; provided that the Designated Officer shall be required to obtain the prior consent of the Board before causing the Company to sell all or substantially all of the Company's assets; to sell assets or take other action outside the ordinary course of business; to borrow money; or to file and attempt to confirm a plan of reorganization.

Dated: September ____, 2009

**See Attached**

_____
Arthur H. Spiegel, III
Chairman of the Board

all related documents and papers on behalf of the Company in order to enable the Company to commence its Chapter 11 bankruptcy case;

FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case.

FURTHER RESOLVED, that the Designated Officer and the CFO are provided with the authority to take such other actions on behalf of the Company consistent with the duties of President, Chief Executive Officer and Chief Financial Officer, respectively; provided that the Designated Officer shall be required to obtain the prior consent of the Board before causing the Company to sell all or substantially all of the Company's assets; to sell assets or take other action outside the ordinary course of business; to borrow money; or to file and attempt to confirm a plan of reorganization.

Dated: September 14, 2009

Arthur H. Spiegel, III
Chairman of the Board

3