RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
JOHN-PATRICK M. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  rb@lnbrb.com, tma@lnbrb.com, jpf@lnbrb.com

Proposed Counsel for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(SANTA ANA DIVISION)**

| | |
|---|---|
| In re<br><br>LIFEMASTERS SUPPORTED SELFCARE, INC., a California corporation,<br><br>            Debtor. | Case No. 8:09-bk-19722-ES<br><br>Chapter 11<br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO:**<br>**(1) APPROVE COMPROMISE WITH LANDLORD PURSUANT TO FED.R.BANKR.P. 9019; AND**<br>**(2) APPROVE EMPLOYMENT AND PAYMENT OF CB RICHARD ELLIS, INC. PURSUANT TO 11 U.S.C. § 328**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rules 2014-1(b) & 9013-1(o)] |

1

**PLEASE TAKE NOTICE** that Lifemasters Supported Selfcare, Inc., a California corporation, the Chapter 11 debtor and debtor in possession herein (the "Debtor"), hereby moves, by way of this notice of motion (the "Notice") and motion (the "Motion"), for the entry of an order (1) approving a compromise with First Park Ten Cotenancy, as successor in interest to CP-Park Ten, Ltd, the landlord (the "Landlord") of the premises of approximately 47,770 square feet (the "Premises") located in the building (the "Building") at 6660 First Park Ten Boulevard, San Antonio, Texas leased by the Debtor under that certain Lease Agreement (and the first, second, and third amendments thereto) (collectively, the "Lease") pursuant to Fed.R.Bankr.P. 9019(a), and (2) approving the employment and payment of CB Richard Ellis, Inc. ("CBRE") as the broker for the re-leasing of the Building pursuant to 11 U.S.C. § 328.

**PLEASE TAKE FURTHER NOTICE** that the Debtor and the Landlord are parties to the Lease, which expires in September 2012. Monthly base rent under the Lease is $49,760.42 and will increase to $51,750.83 in October 2010. Pursuant to the Lease, the Debtor provided the Landlord with a deposit in the current amount of $275,000 (the "Deposit").

In late 2008, the Debtor determined that it would be in its best interest to terminate the Lease and vacate the Premises, as the Debtor no longer needed the Premises to operate its business. However, the Debtor did not want to incur a large liability to the Landlord for terminating the Lease and vacating the Premises. Accordingly, the Debtor entered into an Exclusive Sublease Listing Agreement with CBRE (the "Listing Agreement") in the

hopes that CBRE could find a replacement tenant for the Premises and reduce or eliminate any damages claim of the Landlord arising from the Debtor's termination of the Lease.

The Debtor chose CBRE as its broker because of CBRE's expertise and familiarity with the Building, as CBRE acted as the broker for the Landlord in obtaining the Debtor as a tenant. CBRE ultimately located NuComm International, Inc. (or its affiliate)("NuComm") as a potential new tenant for the Building. CBRE is entitled to a commission of $92,852.09 (the "Commission") under the Listing Agreement. This is the total amount that will be paid to CBRE under the Listing Agreement. It is the parties' contemplation that CBRE's employment shall be pursuant to 11 U.S.C. § 328(a). As such, CBRE will not be required to file an application for the payment of its fees and costs, and will be entitled to payment directly from the Debtor upon entry of an order approving the Motion and all conditions precedent in the Listing Agreement, including NuComm's execution of a new lease of the Building. The Debtor believes that good cause exists to approve the employment and payment of CBRE as requested herein, as the re-leasing of the Building to NuComm is part and parcel with the compromise described below.

The Debtor currently has personal property (the "Personal Property") with an estimated fair market value of approximately $132,396 located in the Premises.

In order to resolve all claims between the Debtor and the Landlord regarding early termination of the Lease, the Debtor and the Landlord entered into a Third Amendment to Lease Agreement (the "Third Amendment) and a Lease Surrender and Termination

Agreement (the "Termination Agreement"). The terms of the compromise set forth in the Third Amendment and the Termination Agreement, can be summarized as follows:[1]

    a. The Premises leased by the Debtor will be reduced from approximately 47,770 square feet to approximately 7,000 square feet;

    b. Base monthly rent will be reduced to $7,291.66;

    c. The lease term will end on November 13, 2009 (the "Termination Date"), instead of in September 2012;

    d. On the Termination Date,

        i. The Lease will be deemed to be terminated;

        ii. The Debtor will vacate the Premises;

        iii. The Landlord will enter into a lease with NuComm for the entire Building, including the Premises;

        iv. The Debtor will be deemed to have abandoned the Personal Property located at the Premises to the Landlord;

        v. The Debtor will pay the Landlord $16,810.00 in consideration for the termination of the Lease under the Termination Agreement (the "Termination Fee");

        vi. With certain limited exceptions, the Debtor and the Landlord will release each other from all claims, arising from, or in connection with, the Lease;

        vii. The Landlord will be deemed to have waived its right to recover any amounts from the Debtor's

---

[1] This summary is for informational purposes only. To the extent there is any disagreement between this summary and the actual terms of the Third Amendment and the Termination Agreement, the terms of the foregoing documents shall control.

1 | bankruptcy estate, including recovery on any alleged
2 | secured, administrative, priority, and unsecured
3 | claims; and
4 |     viii.  The Landlord will be deemed to have waived
5 | any right to assert any interest in, or recover any
6 | amounts from, the Deposit.
7 |     Under the proposed compromise, the Debtor will part with
8 | total consideration in the amount of $242,058.09 ($132,396 (value
9 | of Personal Property being abandoned to the Landlord), plus
10 | $16,810 Termination Fee payment to the Landlord, plus $92,852.09
11 | Commission payment to CBRE).  In exchange for the foregoing, the
12 | Debtor will recover its $275,000 Deposit.  On this basis alone,
13 | the proposed compromise will clearly benefit the Debtor, as the
14 | amount recovered exceeds the consideration paid by $32,952.
15 |     In addition to the foregoing, the proposed compromise will
16 | also benefit the Debtor by (1) almost immediately terminating the
17 | Debtor's responsibility for costs associated with maintaining and
18 | operating the Premises, (2) reducing the general unsecured claim
19 | pool by $334,067.50, and (3) assuring a result regarding claims
20 | between the Debtor and the Landlord.
21 |     For all of the foregoing reasons, and others set forth in
22 | the Memorandum of Points and Authorities (the "Memorandum") in
23 | support of the Motion, the Debtor submits that the proposed
24 | compromise under the Third Amendment and the Lease Termination
25 | Agreement is fair, reasonable, and in the best interests of the
26 | Debtor and its creditors and, therefore should be approved by the
27 | Court.
28 |

1  **PLEASE TAKE FURTHER NOTICE** that a copy of the Memorandum may be obtained by written request to Levene, Neale, Bender, Rankin & Brill L.L.P., 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067, Attention: Todd M. Arnold, Fax: (310) 229-1244, Email: tma@lnbrb.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any response and request for a hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Debtor, LNBRB and the Office of the United States Trustee no later than 15 days following the date of service of this Notice.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rules 2014-1(b)(3)(E) and 9013-1(o)(1) requires that any response and request for hearing on this Motion must (1) be in the form required by Local Bankruptcy Rule 9013-1(f)(1), and (2) be filed with the Court and served on (i) the Office of the United States Trustee, (ii) the Debtor's counsel, whose name and address is set forth in the upper, left-hand corner of this Notice, and (iii) CB Richard Ellis, Inc., 100 Congress Ave., Suite 500, Austin, Texas 78701, Attention: Scott Senese, within 15 days after the service of this Notice. The failure to timely respond to this Motion may be deemed to be consent to the relief requested in this Motion.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order:

(1) affirming the adequacy of notice given;

(2) granting the Motion in its entirety;

(3) approving the compromise set forth in the Third Amendment and the Termination Agreement;

(4) approving the Debtor's employment and payment of CBRE under the terms of the Listing Agreement pursuant to 11 U.S.C. § 328;

(5) authorizing the Debtor, the Landlord, and CBRE to take all actions necessary to effectuate the terms of the Third Amendment, the Termination Agreement, and the Listing Agreement;

(6) affording such further and other relief as is appropriate under the circumstances.

Dated: October 6, 2009

LIFEMASTERS SUPPORTED SELFCARE, INC.

/s/ Todd M. Arnold
RON BENDER
TODD M. ARNOLD
JOHN-PATRICK M. FRITZ
LEVENE, NEALE, BENDER, RANKIN
    & BRILL L.L.P.
Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

| In re:<br>LIFEMASTERS SUPPORTED SELFCARE, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:09-bk-19722-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **DEBTOR'S NOTICE OF MOTION AND MOTION TO: (1) APPROVE COMPROMISE WITH LANDLORD PURSUANT TO FED.R.BANKR.P. 9019; AND (2) APPROVE EMPLOYMENT AND PAYMENT OF CB RICHARD ELLIS, INC. PURSUANT TO 11 U.S.C. § 328** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 6, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Todd M Arnold    tma@lnbrb.com
- Catherine E Bauer    Catherine.Bauer@usdoj.gov
- Ron Bender    rb@lnbrb.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On October 6, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Hon. Erithe A. Smith Via Overnight Mail
United States Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701

**ALL THE ATTACHED SERVICE LISTS WERE SERVED BY U.S. MAIL**

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 6, 2009 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

LifeMasters Supported SelfCare, Inc.
RSN
File No. 4427

| | | |
|---|---|---|
| LifeMasters Supported SelfCare, Inc.<br>15635 Alton Parkway, Suite 400<br>Irvine, CA 92618 | Catherine E. Bauer<br>Nancy S Goldenberg<br>U.S. Trustee - Santa Ana<br>411 West Fourth Street, Suite 9041<br>Santa Ana, CA 92701-8000 | <u>Counsel for 11 Fortune Park, L.P.</u><br>Christine D. Lynch<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110 |

LifeMasters Supported SelfCare, Inc.
Professionals
File No. 4427

| | | |
|---|---|---|
| LifeMasters Supported SelfCare, Inc.<br>15635 Alton Parkway, Suite 400<br>Irvine, CA 92618 | U.S. Trustee - Santa Ana<br>411 West Fourth Street<br>Suite 9041<br>Santa Ana, CA 92701-8000 | |
| George D. Pillari/Brian Buchanan<br>Alvarez & Marsal Healthcare<br>Industry Group, LLC *Service by E-Mail Only<br>San Francisco\|Los Angeles<br>gpillari@alvarezandmarsal.com<br>bbuchanan@alvarezandmarsal.com | Tatum, LLC<br>2040 Main Street, Suite 720<br>Irvine, CA 92614 | General Counsel<br>Lucy W. Reckseit<br>3944 O'Neill Drive<br>San Mateo, California 94403 |
| Special Healthcare Counsel<br>Laurence Freedman<br>Karen Smith Thiel<br>Patton Boggs LLP<br>2550 M Street, N.W.<br>Washington, D.C. 20037 | Scott Senese, Managing Director<br>CB Richard Ellis<br>Austin and San Antonio Offices<br>100 Congress Avenue, Suite 500<br>Austin, TX 78701 | |

LifeMasters
Utilities
File No. 4427

At&T
Bankruptcy Department (All Regions)
P.O. Box 769
Arlington, TX 76004

Verizon Wireless
Mary Taylor
Financial Services (Southern CA Region)
15505 Sand Canyon Avenue
Irvine, CA 92618

Masergy Communications, Inc.
2740 Dallas Parkway
Plano, TX 75093

Counsel for CPS Energy
Elizabeth G. Smith
Law Offices of Elizabeth G. Smith
6655 First Park Ten, Suite 250
San Antonio, TX 78213

Qwest Communications Corp.
Attention: Bankruptcy Dept.
P.O. Box 5508
Bismarck, ND 58506

CPS Energy
Bankruptcy Section
145 Navarro, Mail Drop 101013
San Antonio, TX 78205

AT&T
Payment Center
Sacramento, CA 95887-0001

AT&T - UNIVERSAL BILLER
PO BOX 78045
PHOENIX, AZ 85062-8045

AT&T
P O Box 78522
Phoenix, AZ 85062-8522

AT&T
PO Box 8100
Aurora IL, 60507-8100

AT&T 0695
P.O. Box 5001
Carol Stream, IL 60197-5001

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

AT&T 2449
PO BOX 630047
DALLAS, TX 75263-0047

Masergy
P.O. Box 671454
Dallas, TX 75267-1454

Qwest
P.O Box 856137
LOUISVILLE, KY 40285-6137

VERIZON WIRELESS
P.O. BOX 9622
MISSION HILLS, CA 91346-9622

CPS Energy - City Public Service
P.O. Box 2678
San Antonio, TX 78289-0001

Qwest
P.O Box 856169
LOUISVILLE, KY 40285-6169

LifeMasters Supported SelfCare, Inc.
Wells Fargo – Cash Mgmt Motion
File No. 4427


Nathan C. Smith
Relationship Manager
Wells Fargo Bank, N.A.
Commercial Banking Office
2030 Main Street, Suite 900
Irvine, CA 92614

LifeMasters Supported SelfCare, Inc.
MML
File No.: 4427

ABL ORGANIZATION
930 W. Town and Country Road
Orange, CA 92868-4714

Aetna Health Management, LLC
980 Jolly Road, Mailstop U2IL
Blue Bell, PA 19422

AHS New Mexico Holdings, Inc.
7850 Jefferson NE, Suite 200
Attn: Ron Stern
Albuquerque, NM 87109

American Diagnostic Corp.   ADC
55 Commerce Drive
Hauppauge, NY 11788

AmeriChoice Health Services
333 N. Alabama St, Suite 350
Indianapolis, IN 46204

Ashcraft Real Estate & Development Corp.
8200 Mountain Rd. NE suite 102
Albuquerque, NM 87110-7835

AT&T - Bankr. Dept. All Regions
P.O. Box 769
Arlington, TX 76004

Callahan-Pcntz Properties
5674 Stoneridge Dr. Suite 212
Pleasanton, CA 94588

Canon Financial Services, Ine
14904 Collections Center Dr
Chicago, IL 60693

CDW Government Inc.
75 Remittance Dr.
Chicago, IL 60675-1515

Centers for Medicare & Medicaid  CMS
7500 Security Boulevard
Baltimore, MD 21244-1850

Cenveo San Francisco
P.O. Box 31001-1187
Pasadena, CA 91110-1187

CHANNING L. BETE CO., INC.
PO BOX 84-5897
BOSTON, MA 02284-5897

Chinesc Community Health Plan
445 Grant Ave, Suite 700
San Francisco, CA 94108

Cisco Systems Capital Corporation
1111 Old Eagle School Road
Wayne, PA 19087

Cisco Systems Capital CRO
PO BOX 41601
Philadelphia, PA 19101

CIT Communications Finance Corporation
1 CIT Drive
Livingston, NJ 07039

CIT Technology Financial Services, Inc.
PO BOX 550599
Jacksonville, FL 32255

CIT Technology Financing Services I LLC
10201 Centurion Parkway North
Jacksonville, FL 32256

CIT Technology Finaneing Services, Inc.
23896 Network Place
Chicago, IL 60673-1238

Citicorp Vendor Finance, Inc.
1255 Wrights Lane
West Chester, PA 19380

Consona Corporation
Attn: Kathy Kinder
450 E. 9th Street, Suite 300
Indianapolis, IN 46240

CP-Park Ten, Ltd.
c/o Champion Partners, S. Modory
15601 Dallas Parkway, Suite100
Addison, TX 75001

CPRE-1 LLC
c/o Jones Lang LaSalle
201 Mission Street, Suite 1300
San Francisco, CA 94105

CPRE-1 LLC c/o Jones Lang LaSalle
201 Mission Street, Suite 1300
San Francisco, CA 94105

CPS Energy - Bankruptcy Section
145 Navarro, Mail Drop 101013
San Antonio, TX 78205

| | | |
|---|---|---|
| De Lage Landen Finaneial Serviees, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | DeLage Landen<br>1055 Westlakes Dr.<br>Berwyn, PA 13212 | Dell Financial Services, L.P.<br>12234 N. IH-35, Bldg. B<br>Austin, TX 78753 |
| Deloitte Tax LLP<br>PO Box 2079<br>Carol Stream, IL 60132-2079 | DOME Printing<br>340 Commeree Cirele<br>Saeramento, CA 95815 | Duquesne Litho Inc.<br>350 Presto-Sygan Road<br>Bridgeville, PA 15017 |
| Eleven Fortune Park Limited Partnership<br>P.O. Box 60430<br>Charlotte, NC 28260-0430 | Eleven Fortune Park Limited Prtnshp<br>e/o IBUS Management & Development<br>1899 Pennsylvania Ave, NW, Ste 530<br>Washington, DC 20006 | Expanets of North Ameriea LLC<br>9780 Mt. Pyramid Ct., Suite 400<br>Englewood, CO 80112 |
| Faria Printing & Graphics<br>1812 Tribute Road<br>Sacramento, CA 95815 | First Choiee Services   Santa Clara<br>3130 Alfred St<br>Santa Clara, CA 95054 | Fuller Engineering Co., LLC<br>4135 West 99th Street<br>Carmel, IN 46032 |
| H2 Communications<br>1817 East Carson Street<br>Pittsburgh, PA 15203 | Heeter Direct<br>441 Technology Drive<br>Canonsburg, PA 15317 | IBM<br>PO BOX 676673<br>Dallas, TX 72567 |
| IBM Credit LLC<br>1 North Castle Drive<br>Armonk, NY 10504 | Indiana Economic Development Corporation<br>One North Capital Ave, Suite 700<br>Indianapolis, IN 46204 | INGENIX<br>P O Box 271256<br>Salt Lake City, UT 84127-1256 |
| IRON MOUNTAIN  IRV  Acct #CF514<br>PO Box 601002<br>Los Angeles, CA 90060-1002 | Kieekhafer,Schiffer & Company LLP<br>6201 Oak Canyon Drive<br>Irvine, CA 92618 | Knova/Consona CRM Ine.<br>Dept. CH 10863<br>Palatine, IL 60055-0863 |
| Masergy<br>2740 Dallas Parkway<br>Plano, TX 75093 | MERCER HUMAN RESOURCE<br>CONSULTING<br>P.O. BOX 730212<br>DALLAS, TX 75373 | Neopost Leasing<br>PO BOX 45822<br>San Francisco, CA 94145-0822 |
| New Mexico Taxation & Revenue Dept<br>P O Box 25127<br>Santa Fe, NM 87504-5127 | Nice Systems, Inc<br>PO Box 9421<br>Uniondale, NY 11555-9421 | OnTrae<br>Dept. 1664<br>Los Angeles, CA 90084-1664 |
| Pitney Bowes Credit Corp<br>1313 N. Atlantic Street, FL3<br>Spokane, WA 99201 | Pitney Bowes Finaneial Services<br>5101 Interchange Way<br>LOUISVILLE, KY 40229 | Qwest  Bankr. Dept.<br>P.O. Box 5508<br>Bismarck, ND 58506 |

| | | |
|---|---|---|
| R Systems<br>5000 Windplay Drive, Suite 5<br>El Dorado Hills, CA 95762 | SPARKLETTS DRINKING WATER<br>PO BOX 660579<br>DALLAS, TX 75266-0579 | State Teachers Retirement System of Ohio<br>275 E. Broad Street<br>Columbus, OH 43215 |
| Telapprise<br>6920 Santa Teresa Blvd<br>San Jose, CA 95119 | The Irvine Company<br>8001 Irvine Center Drive, Suite 840<br>Irvine, CA 92618 | THE NETWORK GUYS<br>39355 California St.<br>FREEMONT, CA 94538 |
| The Wackenhut Corporation<br>4200 Waekenhut Drive, Suite 100<br>Palm Beach Gardens, FL 33410 | VERIZON WIRELESS  Financial Services<br>15505 Sand Canyon Avenue<br>Irvine, CA 92618 | Wimer Designs<br>93 Martin Drive<br>Novato, CA 94949 |