```
RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
JOHN-PATRICK M. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, RANKIN
 & BRILL L.L.P.
10250 Constellation Boulevard,
Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbrb.com, tma@lnbrb.com,
jpf@lnbrb.com

Attorneys for Chapter 11 Debtor
and Debtor in Possession
```

**FILED & ENTERED**

**DEC 21 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Duarte    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
(SANTA ANA DIVISION)

In re:

LIFEMASTERS SUPPORTED SELFCARE, INC., a California corporation,

          Debtor.

) Case No. 8:09-bk-19722-ES
)
) Chapter 11
)
) **ORDER: (1) APPROVING AUCTION SALE FORMAT, BIDDING PROCEDURES AND STALKING HORSE BID PROTECTIONS; (2) APPROVING FORM OF NOTICE TO BE PROVIDED TO INTERESTED PARTIES; (3) APPROVING FORM OF ASSET PURCHASE AGREEMENT FOR PROSPECTIVE OVERBIDDERS TO USE; AND (4) SCHEDULING A COURT HEARING TO CONSIDER APPROVAL OF THE SALE TO THE HIGHEST BIDDER**
)
) <u>Court Scheduled Hearing:</u>
) Date: November 17, 2009
) Time: 10:30 a.m.
) Place: Courtroom "5A"
)        411 West Fourth Street
)        Santa Ana, CA 92701-4593

1

At the above-referenced date, time, and location, the Court held a hearing to consider the motion (the "Bid Procedures Motion") filed by LifeMasters Supported SelfCare, Inc., the Chapter 11 debtor and debtor in possession herein (the "Debtor"), for entry of an order approving various bidding and sale procedures with regard to a pending sale of certain of the Debtor's assets. Appearances were made at the hearing on the Bid Procedures Motion as set forth on the record of the Court.

The Court, having considered the Bid Procedures Motion and all pleadings filed by the Debtor in support of the Bid Procedures Motion, any pleadings filed in response to the Bid Procedures Motion, and the statements, arguments and representations of the parties made at the hearing on the Bid Procedures Motion, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1.    The Debtor's requested auction sale format, bidding procedures and stalking horse bid protections are approved.

2.    An auction sale (the "Auction Sale") for the Acquired Assets (as defined in the asset purchase agreement [the "APA"] agreed to by the Debtor and Alere, LLC ["Purchaser"]) shall be held at the law offices of Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB") on Monday, December 14, 2009 commencing at 10:30 a.m.

3.   In order to be eligible to participate in and to bid at the Auction Sale, by 5:00 p.m. PST on Thursday, December 10, 2009 (the "Bid Deadline"), prospective overbidders must: (A) deliver to George D. Pillari of Alvarez & Marsal Healthcare Industry Group, LLC ("A&M") and to Ron Bender, Esq. of LNBRB the following: (i) a redlined version of the APA indicating any changes the prospective overbidder wishes to make to the APA; (ii) a schedule of all of the Debtor's executory contracts and unexpired leases that the prospective overbidder wants to have assigned to it and evidence of the prospective overbidder's financial ability to satisfy the "adequate assurance of future performance" requirements of 11 U.S.C. § 365(b)(1)(C) with respect to all such executory contracts and unexpired leases; (iii) a bid that meets the standards of a Qualified Overbid (as defined in paragraph 4 below); and (iv) evidence of the prospective overbidder's financial ability to pay the minimum overbid required in paragraph 4 below to consummate its purchase of the Acquired Assets; and (B) deliver the sum of $100,000 in immediately available funds to LNBRB to serve as a deposit. Any prospective overbidder who satisfies all of the requirements set forth in this paragraph 3 will be deemed by A&M to constitute a "Qualified Overbidder."

4.   The initial bid at the Auction Sale will be the offer made by Purchaser in the APA.  If there are no Qualified Overbidders or if no Qualified Overbidder submits a Qualifying

3

Overbid by the Bid Deadline, Purchaser's bid as contained in the APA will be deemed to be the winning bid and the Auction Sale will be cancelled.  In order to constitute a "Qualified Overbid," the initial overbid from a Qualified Overbidder must: (i) be in all cash; (ii) be no less than $1,850,000; (iii) be irrevocable until the closing of the sale; (iv) be accompanied by a deposit of $100,000; (v) demonstrate to the Debtor's reasonable satisfaction that the bidder is financially able to consummate the transaction contemplated by such bid; (vi) and contain terms and conditions that, in the aggregate, are not materially more burdensome to the Debtor than the terms and conditions contained in the APA.  If at least one Qualified Overbid is submitted, then Purchaser and all Qualified Overbidders will be entitled to participate in the Auction Sale, with minimum subsequent bid increments (beyond the initial overbid) of $75,000.

    5.    The break-up fee set forth in the APA is fair and reasonable in the circumstances, and is hereby approved.  If the Court fails to approve the Debtor's sale of the Acquired Assets to Purchaser and instead approves a sale of all or a significant portion of the Acquired Assets to a person or entity other than Purchaser, the Debtor will be required to pay to Purchaser (without any further order of the Court) a break-up fee of $60,000, which break-up fee shall have a first priority in and be paid out of the proceeds paid by the winning bidder, and

without any further order of the Court the Debtor will return the $100,000 deposit to Purchaser, all immediately upon the consummation of a transaction with such winning bidder.

6. Following the conclusion of the Auction Sale, LNBRB will promptly return the $100,000 deposits to all qualified bidders except for the winning bidder. The $100,000 deposit of the winning bidder will constitute a non-refundable deposit.

7. The Auction Sale will continue until the Debtor announces that no further and higher bids have been received. The results of the Auction Sale will be final, and no party will be entitled to make another bid for the Acquired Assets following the conclusion of the Auction Sale. The Debtor will file the results of the Auction Sale with the Court by Tuesday, December 15, 2009.

8. The hearing for the Court to consider approval of the Debtor's motion for authority to sell the Acquired Assets to the winning bidder at the Auction Sale (the "Sale Motion") will be held at the Court on December 17, 2009, at 10:30 a.m.

9. The form of notice attached hereto as Exhibit "A" of the opportunity to overbid at the Auction Sale is approved. The Debtor shall serve a copy of the notice on all creditors, all shareholders, all parties who have requested special notice, the Office of the United States Trustee, the Purchaser and all known prospective overbidders.

10. The form of APA used by Purchaser and attached as Exhibit "1" to the Declaration of George D. Pillari annexed to the Bid Procedures Motion is approved, and any prospective overbidder is required to use the identical form of asset purchase agreement as the APA, or deliver to A&M and to LNBRB a red-lined version of a proposed asset purchase agreement which identifies the changes proposed by the prospective overbidder.

11. This Order is without prejudice to the rights of any party in interest to object to the Sale Motion or to the relief requested by the Debtor in the Sale Motion.

###

DATED: December 21, 2009

*Ericka A. Smith*
United States Bankruptcy Judge

| In re: | CHAPTER 11 |
|---|---|
| LIFEMASTERS SUPPORTED SELFCARE, INC., Debtor(s). | Case No.: 8:09-bk-19722-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **ORDER: (1) APPROVING AUCTION SALE FORMAT, BIDDING PROCEDURES AND STALKING HORSE BID PROTECTIONS; (2) APPROVING FORM OF NOTICE TO BE PROVIDED TO INTERESTED PARTIES; (3) APPROVING FORM OF ASSET PURCHASE AGREEMENT FOR PROSPECTIVE OVERBIDDERS TO USE; AND (4) SCHEDULING A COURT HEARING TO CONSIDER APPROVAL OF THE SALE TO THE HIGHEST BIDDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 1, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

<u>Served by Overnigth Mail</u>
The Hon. Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701

LifeMasters Supported SelfCare, Inc.         SERVICE BY U.S. MAIL
RSN

LifeMasters Supported SelfCare, Inc.         Catherine E. Bauer
15635 Alton Parkway, Suite 400               Nancy S Goldenberg
Irvine, CA 92618                             U.S. Trustee - Santa Ana
                                             411 West Fourth Street, Suite 9041
                                             Santa Ana, CA 92701-8000

7

| | |
|---|---|
| <u>RSN</u><br>IBM Corporation<br>Attn: Vicky Namken<br>13800 Diplomat Dr.<br>Dallas, TX 75234 | <u>RSN-Counsel for Callahan-Pentz Prop.</u><br>Eugene K. Chang<br>Stein & Lubin LLP<br>Transamerica Pyramid<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111 |
| <u>RSN-Counsel for 11 Fortune Park, L.P.</u><br>Christine D. Lynch<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110 | <u>Counsel for Alere, LLC</u><br>Kenneth S. Leonetti<br>FOLEY HOAG LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard, Boston Massachusetts 02210 |

**III.  <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 1, 2009 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| LIFEMASTERS SUPPORTED SELFCARE, INC., | Case No.: 8:09-bk-19722-ES |
| Debtor(s). | |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER: (1) APPROVING AUCTION SALE FORMAT, BIDDING PROCEDURES AND STALKING HORSE BID PROTECTIONS; (2) APPROVING FORM OF NOTICE TO BE PROVIDED TO INTERESTED PARTIES; (3) APPROVING FORM OF ASSET PURCHASE AGREEMENT FOR PROSPECTIVE OVERBIDDERS TO USE; AND (4) SCHEDULING A COURT HEARING TO CONSIDER APPROVAL OF THE SALE TO THE HIGHEST BIDDER** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 1, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Todd M Arnold    tma@lnbrb.com
- Catherine E Bauer    Catherine.Bauer@usdoj.gov
- Ron Bender    rb@lnbrb.com
- Eugene Chang    echang@steinlubin.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Gerald P Kennedy    gpk@procopio.com
- Leib M Lerner    leib.lerner@alston.com
- Julie E Oelsner    joelsner@weintraub.com
- James R Selth    jim@wsrlaw.net
- Matthew J Troy    matthew.troy@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    pj@winthropcouchot.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                            **F 9021-1.1**