United States Bankruptcy Court
Central District of California

In re: LifeMasters Supported SelfCare, Inc., Jointly Administered, Case No. 09-19722

NOTICE OF TRANSFER OF CLAIM REPRESENTING THE CURE CLAIM PURSUANT TO F.R.B.P. 3001(e)(1)

**To Transferor**          **Quagga Corporation**
                           90 Blue Ravine Road          Amount of Claim $7,498.38
                           Folsom, CA 95630

**Name of Transferee** where notices and payments to transferee should be sent:

Creditor Liquidity, L.P.
200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: (914) 514-8300

No action is required. Assignor hereby waives any notice of hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

United States Bankruptcy Court
Central District of California
Santa Ana Division
Ronald Reagan Federal Bldg and United States Court
411 West Fourth Street
Santa Ana, CA 92701

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By /s/ Robert J. Tannor                    Dated: 12/28/09
Creditor Liquidity, L.P.

## Evidence of Transfer

**Quagga Corporation** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504**, its successors and assigns ("Assignee"), all rights, title and interest in and to the cure claim ("Cure Claim"), and all other claims of Assignor in the aggregate amount of **$7,498.38** as set forth in and against **LifeMasters Supported SelfCare, Inc.**, Jointly Administered in the United States Bankruptcy Court, Central District of California ("the Court"), **Case no. 09-19722** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee. Assignor authorizes and directs the disbursing agent in the proceedings, or any other party responsible for making distributions on account of cure claims, to remit payment on account of Assignor's Cure Claim and all other claims, to Assignee at its address above.

IN WITNESS WHEREOF, dated the 28 day of December, 2009

By: _____
(Signature of Authorized Party)

QUAGGA CORPORATION
(Company Name)

RANDY OLSEN - CFO
(Print Name of Authorized Party)


By:   /s/ Robert J. Tannor
      Robert J. Tannor

Creditor Liquidity, LP

914-514-8300
(Telephone Number)