1 | RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
2 | LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
3 | Los Angeles, California 90067
Telephone:  (310) 229-1234
4 | Facsimile:  (310) 229-1244
Email:  rb@lnbrb.com, tma@lnbrb.com
5 |
Attorneys for Chapter 11 Debtor
6 | and Debtor in Possession

7 |                  **UNITED STATES BANKRUPTCY COURT**

8 |                  **CENTRAL DISTRICT OF CALIFORNIA**

9 |                       **(SANTA ANA DIVISION)**

10 |

11 | In re:                               ) Case No. 8:09-bk-19722-ES
                                         )
12 | LIFEMASTERS SUPPORTED                ) Chapter 11
SELFCARE, INC., a California             )
13 | corporation,                        )
                                         )
14 |                                     ) **FIRST INTERIM APPLICATION OF**
                  Debtor.                ) **PATTON BOGGS LLP FOR APPROVAL**
15 |                                     ) **OF FEES AND REIMBURSEMENT OF**
                                         ) **EXPENSES; DECLARATION OF**
16 |                                     ) **LAURENCE J. FREEDMAN**
                                         )
17 |                                     )
                                         )
18 |                                     ) Hearing:
                                         ) Date:  March 4, 2010
19 |                                     ) Time:  10:30 a.m.
                                         ) Place: Courtroom "5A"
20 |                                     )        411 West Fourth Street
                                         )        Santa Ana, CA 92701
21 |                                     )
                                         )
22 | _____)

23 |

24 |

25 |

26 |

27 |

28 |

1

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE:**

Patton Boggs LLP ("Patton Boggs"), special healthcare counsel to LifeMasters Supported SelfCare, Inc., the Chapter 11 debtor and debtor in possession herein (the "Debtor"), hereby submits its First Interim Application for Approval of Fees and Reimbursement of Expenses (the "Application") for services rendered and expenses incurred during the pendency of this Chapter 11 bankruptcy case, for the period of September 15, 2009 through January 31, 2010 (the "Covered Period").

I.

### FEES AND EXPENSES INCURRED AND NOTICE

**A. Request For Allowance and Payment of Fees and Reimbursement of Expenses.**

During the Covered Period, Patton Boggs incurred fees in the amount of $27,278.00 and expenses in the amount of $225.30 for total fees and expenses in the amount of $27,503.30. At the time of the Debtor's Chapter 11 filing, Patton Boggs had no retainer, so the entire amount of $27,503.30 is due and owing.

**B. Proper Notice.**

Pursuant to Federal Rule of Bankruptcy Procedure 2002(a)(6) and a prior limiting notice order entered by the Court on December 1, 2009, Levene, Neale, Bender, Rankin & Brill L.L.P., the Debtor's bankruptcy counsel ("LNBRB") has served notice of

2

this Application and the amount of fees and expenses sought herein (as well as the fees and expenses requested by all of the professionals employed in this case) upon the Office of the United States Trustee (the "OUST"), the Debtor, the Debtor's 20 largest general unsecured creditors, the Official Committee of Unsecured Creditors (the "Committee") and its counsel, and all parties who have requested special notice.

**II.**

**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 2016-1**

**A.    A Brief Narrative History and Report Concerning the Status of the Case.**

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), Patton Boggs hereby incorporates by this reference the narrative history and report concerning the status of the case set forth in the First Interim Application for Approval of Fees and Reimbursement of Expenses filed by Levene, Neale, Bender, Rankin & Brill L.L.P. (the "LNBRB Application"). Unless otherwise stated, all capitalized terms herein have the same meanings as in the LNBRB Application.

**B.    The Date of the Entry of the Order Approving Patton Boggs' Employment.**

On November 17, 2009, the Court entered its order approving the Debtor's employment of Patton Boggs as special healthcare counsel effective as of the Petition Date of September 14, 2009.

3

C.   **Prior Fee Applications.**

Patton Boggs has not previously requested Court approval of any fees or expenses.

D.   **A Brief Narrative Statement of the Services Rendered and the Time Expended During the Covered Period.**

As discussed in the LNBRB Application, the Debtor worked with some of the nation's leading health plans, employers, retirement systems and governmental organizations, which purchased the Debtor's services in an effort to reduce costs and enhance care.   Historically, approximately 30% of the Debtor's gross revenue was derived from its contracts with the United States Department of Health and Human Services, Center for Medicare and Medicaid Services ("CMS"), which administers a number of Medicare and Medicaid programs.

In or about October 2006, the Debtor requested early termination of its contract for a program operated in Oklahoma (the "Oklahoma Contract") due to a range of significant program problems and irregularities that rendered it impossible for the Debtor to satisfy the terms of the Oklahoma Contract.

The Oklahoma Contract included provisions for the repayment of funds previously paid to the Debtor and other funds in the event certain performance goals were not met (the "OK Performance Guaranty Repayment").   The method of calculating any OK Performance Guaranty Repayment is complex and requires numerous

4

inputs. After the Oklahoma Contract was cancelled, in a final notice dated on or about July 28, 2009, CMS alleged that it was entitled to an OK Performance Guaranty Repayment from the Debtor in excess of \$20 million. The Debtor disputed the OK Performance Guaranty Repayment amount. On August 7, 2009, the Debtor filed an administrative appeal (the "DAB Appeal") with the CMS Departmental Appeals Board (the "DAB"). Patton Boggs represented the Debtor in the DAB appeal before the Petition Date.

In 2009, CMS cancelled its contract with the Debtor for a program operated in Florida (the "Florida Contract"). The Florida Contract also included provisions for the repayment of funds previously paid to the Debtor and other funds in the event certain performance goals were not met (the "FLA Performance Guaranty Repayment"). The method of calculating any FLA Performance Guaranty Repayment is complex and requires numerous inputs. The Debtor believes that CMS will claim that it is entitled to a FLA Performance Guaranty Repayment from the Debtor in an amount in excess of \$80 million.

During the Covered Period, Patton Boggs has, among other things, (1) continued to communicate with CMS regarding its alleged claims, (2) coordinated with CMS and LNBRB regarding the filing of status reports in the DAB Appeal, (3) prepared all status reports filed in the DAB Appeal, (4) coordinated with CMS so that the DAB Appeal could be maintained in the event the

5

Debtor desired to resolve the claim based on the OK Performance Guaranty Repayment pursuant to the DAB Appeal, (5) communicated with the Debtor and LNBRB regarding, inter alia, the facts underlying the CMS claims, the CMS claims, the status of the DAB Appeal, the applicable procedures in the DAB Appeal, possible defenses to the CMS claims, counter-claims against CMS, and the affect of pleadings filed in the bankruptcy case on the CMS claims, and (6) coordinated with LNBRB regarding the application to employ Patton Boggs.

Patton Boggs respectfully submits that its efforts in regard to the resolution of the CMS claims have provided value to the Debtor. The alleged CMS claims exceed 90% of the total estimated pool of general unsecured claims. Thus, the resolution of the alleged CMS claims will likely have a material impact on the estate and the ultimate distribution to the holders of allowed general unsecured claims.

**E.   A Detailed Listing of All Time Spent by Patton Boggs.**

Attached hereto as Exhibit "A" is a detailed listing of all time that Patton Boggs spent during the Covered Period for which Patton Boggs seeks compensation including the date Patton Boggs rendered the service, a description of the service, the amount of time spent and a designation of the person who rendered the service for the period of time for the Covered Period. Also included in Exhibit "A" is a summary of the hours and fees

6

charged by each of Patton Boggs's attorneys that performed services for the Debtor.

**F.    Listing of Expenses by Category.**

Included in Exhibit "A" is a detailed and summary listing by category and an itemization of all expenses that Patton Boggs advanced on behalf of the Debtor during this case.

**G.    Description of Professional Education and Experience**

Patton Boggs is an international law firm with more than 400 attorneys and a broad range of practice groups.   The following professionals provided services to the Debtor during the Covered Period: Laurence J. Freedman, Mark Salzberg, John Voorhees, Karen Thiel, and Paul C. Besozzi.   Attached hereto as Exhibit "B" is a copy of Patton Boggs' firm résumé and the résumés for the foregoing professionals.   Attached hereto as Exhibit "C" is a listing of the current hourly billing rates for the foregoing professionals.

**III.**

**STANDARD OF LAW**

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Court should award attorneys' fees in accordance with a "strict rule of economy test."   In re THC Financial Corp., 659 F.2d 951, 955 n.2 (9th Cir. 1981), cert. denied, 456 U.S. 977 (1982).   This is no longer the law.   The legislative history to

1  Section 330 of the Bankruptcy Code indicates that Congress was
2  primarily concerned with protecting the public interest in the
3  smooth, efficient operation of the bankruptcy system by
4  encouraging competent bankruptcy specialists to remain in the
5
6  field. First National Bank of Chicago v. Committee of Creditors
7  Holding Unsecured Claims (In re Powerline Oil Co.), 71 B.R. 767,
8  770 (Bankr. 9th Cir. 1986); In re Baldwin-United Corp., 79 B.R.
9  321, 346 (Bankr. S.D. Ohio 1987). Toward this end, Congress
10 specifically disavowed notions of economy of administration, and
11 provided that compensation in bankruptcy case should be
12 comparable to what is charged in nonbankruptcy matters. Id. at
13 346.
14
15    Under the lodestar approach, the Court is to determine the
16 number of hours reasonably expended in an attorney's
17 representation of a debtor and multiply such number by a
18 reasonable hourly rate for the services performed. See Delaware
19 Valley Citizens' Council for Clear Air, 478 U.S. at 565; In re
20 Powerline Oil Co., 71 B.R. 770. A reasonable hourly rate is
21 presumptively the rate the marketplace pays for the services
22 rendered. Missouri v. Jenkins by Agyei, 491 U.S. 274, 109 S.Ct.
23 2463, 2469 (1989); Burgess v. Klenske (In re Manoa Finance Co.,
24 Inc.) 853 F.2d 687, 691 (9th Cir. 1988). Recognizing that the
25 determination of an appropriate "market rate" for the services of
26 a lawyer is inherently difficult, the Supreme Court stated:
27
28

8

1    "Market prices of commodities and most services are
2    determined by supply and demand. In this traditional sense there
3    is no such thing as a prevailing market rate for the service of
4    lawyers in a particular community. The type of services rendered
5    by lawyers, as well as their experience, skill, and reputation,
6
7    varies extensively -- even within a law firm. Accordingly, the
8    hourly rates of lawyers in private practice also vary widely.
9    The fees charged often are based on the product of hours devoted
10   to the representation multiplied by the lawyer's customary rate."
11   Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984). The Supreme
12   Court has stated that a reasonable attorney's fee "means a fee
13   that would have been deemed reasonable if billed to affluent
14
15   plaintiffs by their own attorneys." Missouri v. Jenkins by
16   Agyei, 109 S.Ct. at 2470 (quoting City of Riverside v. Rivera,
17   477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)).
18   Accordingly, a reasonable hourly rate is the hourly amount to
19   which attorneys in the area with comparable skill, experience and
20   reputation typically would be entitled as compensation. Blum v.
21   Stenson, 465 U.S. at 895 n.11.
22
23        The Debtor respectfully submits that the hourly rates for
24   Patton Boggs' attorneys and paraprofessionals are reasonable and
25   appropriate in the relevant community and in view of the
26   circumstances of this case and the demands that this case placed
27   on Patton Boggs.

28

9

**IV.**

**CONCLUSION**

WHEREFORE, Patton Boggs respectfully requests that this Court enter an order:

(1)  approving  Patton  Boggs'  fees  in  the  amount  of $27,278.00  and expenses in the amount of $225.30 for total fees and  expenses  in  the  amount  of  $27,503.30  incurred  during  the Covered Period;

(2)  authorizing  Patton  Boggs  to  be  paid  the  sum  of $27,503.30 by the Debtor; and

(3)  granting  such  other  and  further  relief  as  the  Court deems just and proper.

Dated: February 10, 2010      LIFEMASTERS SUPPORTED SELFCARE,
                              INC.


                              By: /s/ Ron Bender
                                 RON BENDER
                                 LEVENE, NEALE, BENDER, RANKIN
                                 & BRILL L.L.P.
                                 Attorneys for Chapter
                                 11 Debtor and Debtor
                                 in Possession

10

1

2

**DECLARATION OF LAWRENCE J. FREEDMAN, ESQ.**

3

I, Lawrence J. Freedman, Esq., hereby declare as follows:

4

5

6

7

8

9

10

1.    I am a member of the law firm of Patton Boggs LLP ("Patton Boggs"), special healthcare counsel to LifeMasters Supported SelfCare, Inc., the Chapter 11 debtor and debtor in possession herein (the "Debtor").  I am an attorney licensed to practice law in the District of Columbia and New York.  I have a pro hac vice application pending before this Court.

11

12

13

14

15

16

17

18

2.    I am the attorney at Patton Boggs primarily responsible for representing the Debtor as special healthcare counsel.  I have read the "First Interim Application of Patton Boggs LLP for Approval of Fees And Reimbursement of Expenses" (the "Application") to which this Declaration is attached.  To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct.

19

20

21

22

23

3.    The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on Patton Boggs' business records kept in the ordinary course of Patton Boggs' business.

24

25

26

27

28

4.    All expenses for outside services such as photocopying services, messenger and express mail services, postage and research services (Lexis and Westlaw) for which Patton Boggs requests reimbursement are the actual expenses incurred by Patton

1 | Boggs for such services, and Patton Boggs does not seek any

2 | additional amounts or profits with respect thereto.

3 |     5.    I have reviewed the requirements of Local Bankruptcy

4 | Rule 2016-1 and believe that the Application complies with that

5 | Rule.

6 |

7 |     I declare under penalty of perjury that the foregoing is

8 | true and correct.

9 |     Executed this 10th day of February 2010, at Washington D.C.

10 |

11 |                         /s/ Laurence J. Freedman

12 |                         LAURENCE J. FREEDMAN, ESQ.

# EXHIBIT "A"

PATTON BOGGS LLP PROFORMA
DETAILED BILLING REPORT
PROFORMA NUMBER: 1431325          ( RUN 02/10/10 09:22:24 ) THRU 01/31/10          Page 1 (1)

BILL SENT BY: 1149    Paul C. Besozzi                                    (RUN 02/10/10 09:21:24 ) THRU 01/31/10

CLIENT: 028185    LifeMatters Supported SelfCare, Inc.
MATTER: 0102      Special Healthcare Counsel
                                             LAST DATE BILLED
                                             DATE BILLED THRU          FEES and DISBURSEMENTS

| SEQUENCE | DATE | | HOURS WORKED | TKPR NO | TIMEKEEPER NAME | WORKED VALUE | BILLED VALUE | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | ***PROFESSIONAL SERVICES*** | | | | | | |
| 10010615 | 09/15/09 | Conference with L. Zawistrowich and K. Thiel regarding filing and CMS process (0.60); telephone call with G. Pillari (0.20). | .80 | 5647 | Laurence Freedm | 568.00 | 568.00 | 664 |
| 10002822 | 09/15/09 | Call to George Pillari and e-mails to and from George Pillari regarding DAB appeal and DOJ issues to client's bankruptcy filing. | .20 | 5531 | Karen Thiel | 96.00 | 96.00 | 96 |
| 10022768 | 09/24/09 | Update from Mr. Freedman and respond via emails. | .30 | 3114 | John Voorhees | 174.00 | 174.00 | 838 |
| 10018890 | 09/24/09 | Discussion of healthcare bankruptcy representation. | .30 | 5531 | Karen Thiel | 144.00 | 144.00 | 982 |
| 10131223 | 11/11/09 | Emails regarding follow-up with CMS regarding bankruptcy filing and administrative stay. | .30 | 1149 | Paul C. Besozzi | 183.00 | 183.00 | 1165 |
| 10141179 | 11/11/09 | Telephone call with T. Arnold regarding CMS liabilities, process. | .20 | 5647 | Laurence Freedm | 142.00 | 142.00 | 1307 |
| 10141182 | 11/12/09 | Review and draft of administrative appeal and 362 stay issue. | .50 | 5647 | Laurence Freedm | 355.00 | 355.00 | 1662 |
| 10133463 | 11/13/09 | Begin to review/analyze sale motion file in bankruptcy case and communicate same with P. Besozzi and L. Friedman. | .60 | 8370 | Mark Salzberg | 375.00 | 375.00 | 2037 |
| 10140273 | 11/16/09 | Review/analyze Asset Purchase Agreement and related documentation for reference to negotiations/resolution concerning CSM claim (1.0); communicate with L. Freedman and P. Besozzi regarding same (0.30); receive/review e-mails from L. Freedman and bankruptcy counsel regarding continuing need for services based upon sale of assets under Section 363 (0.20). | 1.50 | 8370 | Mark Salzberg | 937.50 | 937.50 | 2975 |
| 10140307 | 11/17/09 | Review docket for purposes of determining status of retention applications (0.30); communication with P. Besozzi and L. Freedman regarding status and regarding continuing responsibilities in case (0.20). | .50 | 8370 | Mark Salzberg | 312.50 | 312.50 | 3287 |
| 10179356 | 12/04/09 | Telephone call with Marcus Christ. | 1.50 | 5647 | Laurence Freedm | 1065.00 | 1065.00 | 4352 |
| 10195741 | 12/07/09 | Draft revision regarding DAB "stay" and | 1.00 | 5647 | Laurence Freedm | 710.00 | 710.00 | 5062 |

PATTON BOGGS LLP PROFORMA
DETAILED BILLING REPORT
PROFORMA NUMBER: 1431225    ( 1402663 )    ( RUN 02/10/10 09:22:25 )    Page 2 (2)
THRU 01/31/10

FEES and DISBURSEMENTS

BILL SENT BY: 1149    Paul C. Besozzi
CLIENT 028185    LiteMasters Supported SelfCare, Inc.
MATTER 0102    Special Healthcare Counsel

LAST DATE BILLED
DATE BILLED THRU

***PROFESSIONAL SERVICES***

| SEQUENCE | DATE | | HOURS WORKED | TKFR NO | TIMEKEEPER NAME | WORKED VALUE | BILLED VALUE | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 10184090 | 12/07/09 | Chapter 11 notice, status report. Communicate with L. Freedman regarding status (0.10); receive/review multiple e-mails from L. Freedman regarding bankruptcy status and notification to DAB (0.20); review/revise letter to be sent to DAB regarding bankruptcy proceeding (1.0). | 1.30 | 8370 | Mark Salzberg | 812.50 | 812.50 | 5875 |
| 10195891 | 12/08/09 | Telephone call T. Arnold regarding U.S. claim, basis for U.S. bidding status. | .50 | 5647 | Laurence Freedm | 355.00 | 355.00 | 6230 |
| 10184098 | 12/08/09 | Review/analyze bankruptcy file for purposes of determining upcoming deadlines relating to CMS claim and scope of representation (0.80); meeting with L. Freedman in advance of call with T. Arnold (0.20); prepare for/attend teleconference with L. Freedman and T. Arnold regarding status of bankruptcy and scope of work to be performed by Patton Boggs (0.90); receive/review e-mails from L. Freedman and P. Besozzi regarding bankruptcy matters (0.20). | 2.10 | 8370 | Mark Salzberg | 1312.50 | 1312.50 | 7542 |
| 10185823 | 12/09/09 | Review/analyze procedures under Local Rules for fee application process and communicate with L. Freedman and P. Besozzi regarding same (0.50); teleconference with L. Freedman regarding Retention Application issues (0.20); receive/review e-mail regarding Retention Application issues (0.20). | .90 | 8370 | Mark Salzberg | 562.50 | 562.50 | 8105 |
| 10193551 | 12/11/09 | Confer with M. Salzberg re: multiple contours to preserve assets in estate. | .50 | 3114 | John Voorhees | 290.00 | 290.00 | 8395 |
| 10187946 | 12/11/09 | Conference with J. Voorhees regarding status (0.20); review e-mails regarding Retention Application issues (0.20). | .40 | 8370 | Mark Salzberg | 250.00 | 250.00 | 8645 |
| 10205014 | 12/17/09 | Discussion with J. Voorhees regarding strategy and preparation for addressing CMS claims. | .10 | 1149 | Paul C. Besozzi | 61.00 | 61.00 | 8706 |
| 10205017 | 12/17/09 | Discussion with M. Salzberg regarding | .10 | 1149 | Paul C. Besozzi | 61.00 | 61.00 | 8767 |

PATTON BOGGS LLP PROFORMA
DETAILED BILLING REPORT
PROFORMA NUMBER: 1431225    (RUN 02/10/10 09:22:25 ) THRU 01/31/10    Page 3 (3)

BILL SENT BY: 1149    Paul C. Besozzi

CLIENT 028185    LifeMasters Supported Selfcare, Inc.
MATTER 0102    Special Healthcare Counsel

LAST DATE BILLED
DATE BILLED THRU    ( 1402663 )    FEES and DISBURSEMENTS

| SEQUENCE | DATE | ***PROFESSIONAL SERVICES*** | HOURS WORKED | TKPR NO | TIMEKEEPER NAME | WORKED VALUE | BILLED VALUE | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 10207783 | 12/17/09 | bankruptcy rules in Central District of California. Meeting with L. Freedman and M. Salzberg on strategy to preserve assets of bankrupt estate (0.90); further discussions with P. Besozzi (0.10). | 1.00 | 3114 | John Voorhees | 580.00 | 580.00 | 9347 |
| 10216259 | 12/17/09 | Meeting with J. Voorhees, M. Salzberg regarding CMS claims. | 1.00 | 5647 | Laurence Freedm | 710.00 | 710.00 | 10057 |
| 10214412 | 12/17/09 | Prepare for/attend meeting with J. Voorhees and L. Freedman to discuss matter and strategy going forward. | .70 | 8370 | Mark Salzberg | 437.50 | 437.50 | 10494 |
| 10219112 | 12/21/09 | Draft submission for DAB regarding show cause regarding dismissal of appeal. | .50 | 5647 | Laurence Freedm | 355.00 | 355.00 | 10849 |
| 10221491 | 12/22/09 | Telephone conference with L. Freedman and M. Salzberg (1.70); review DAB issues for appeal during pendency of the bankruptcy (0.30). | 2.00 | 3114 | John Voorhees | 1160.00 | 1160.00 | 12009 |
| 10219123 | 12/22/09 | Research and draft joint status report to HHS Appeals Board regarding claims. | 4.00 | 5647 | Laurence Freedm | 2840.00 | 2840.00 | 14849 |
| 10214894 | 12/22/09 | Prepare for/attend teleconference with J. Voorhees and L. Freedman regarding status of bankruptcy matter (0.50); review status of bankruptcy matter on Pacer and communicate with co-counsel regarding same (0.30). | .80 | 8370 | Mark Salzberg | 500.00 | 500.00 | 15349 |
| 10216656 | 12/23/09 | Review and provide comments on draft status report to Departmental Appeals Board. | .10 | 1149 | Paul C. Besozzi | 61.00 | 61.00 | 15410 |
| 10216662 | 12/23/09 | Review various emails regarding status of appeal at DAB at DHHS and final status report. | .10 | 1149 | Paul C. Besozzi | 61.00 | 61.00 | 15471 |
| 10221510 | 12/23/09 | Continue review of documents from L. Freedman (0.60); emails and comments on letter (0.40). | 1.00 | 3114 | John Voorhees | 580.00 | 580.00 | 16051 |
| 10230020 | 12/23/09 | Internal e-mails regarding additional MHSO appeals. | .20 | 5531 | Karen Thiel | 122.50 | 98.00 | 16149 |
| 10219154 | 12/23/09 | Telephone call with Brett Bierer, CMS counsel, regarding joint status report to | 2.50 | 5647 | Laurence Freedm | 1775.00 | 1775.00 | 17924 |

PATTON BOGGS LLP PROFORMA
DETAILED BILLING REPORT
PROFORMA NUMBER: 1431125

(RUN 02/10/10 09:22:25 )   Page 4 (4)
( 1402663 )   TURU 01/31/10

BILL SENT BY: 1149    Paul C. Besozzi

CLIENT 028185    LifeMasters Supported SelfCare, Inc.    LAST DATE BILLED
MATTER 0102     Special Healthcare Counsel     DATE BILLED THRU    FEES and DISBURSEMENTS

| SEQUENCE | DATE | ***PROFESSIONAL SERVICES*** | HOURS WORKED | TKPR NO | TIMEKEEPER NAME | WORKED VALUE | BILLED VALUE | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 10217184 | 12/23/09 | DBB. Review/revise proposed letter to be sent to Departmental Appeals Board and communicate with L. Freedman regarding same (0.60); receive/review e-mails from L. Freedman and P. Arnold regarding status/strategy (0.30). | .90 | 8370 | Mark Salzberg | 562.50 | 562.50 | 18487 |
| 10221605 | 12/24/09 | Emails regarding LifeMasters claims and resolution before DAB or in bankruptcy court. | .10 | 1149 | Paul C. Besozzi | 61.00 | 61.00 | 18548 |
| 10221527 | 12/24/09 | Strategy discussion regarding litigation claims and defenses regarding CMS actions against client (0.50); work on developing litigation strategy for client in combined bankruptcy and DAB proceedings (1.0). | 1.50 | 3114 | John Voorhees | 870.00 | 870.00 | 19418 |
| 1021951 | 12/24/09 | Finalize and submit DAB status report. Voorhees regarding strategic issues relative to claims adjudication (0.40); communicate with P. Besozzi regarding fee process (0.10); review docket on PACER to determine status of sale order (0.10). | 1.50 | 5647 | Laurence Freedm | 1065.00 | 1065.00 | 20483 |
| 1021662 | 12/24/09 | | .60 | 8370 | Mark Salzberg | 375.00 | 375.00 | 20858 |
| 10231437 | 12/28/09 | Emails re: affidavit to be submitted to bankruptcy court (0.20); conference regarding same (0.20). | .40 | 3114 | John Voorhees | 232.00 | 232.00 | 21090 |
| 10229875 | 12/28/09 | Review of materials for DAB (.20) and internal e-mails (.20). | .40 | 5531 | Karen Thiel | 196.00 | 196.00 | 21286 |
| 10222104 | 12/28/09 | Review e-mail regarding Retention Application issues. | .50 | 8370 | Mark Salzberg | 312.50 | 312.50 | 21598 |
| 1026848 | 01/04/10 | Internal e-mails regarding CMS claims (.30). Telephone conference with L. Freedman and M. Salzberg regarding LifeMasters CMS claims and bankruptcy proceedings and strategy for resolving these claims. | .30 | 5531 | Karen Thiel | 147.00 | 147.00 | 21745 |
| 1023731 | 01/05/10 | | .80 | 1149 | Paul C. Besozzi | 488.00 | 488.00 | 22233 |
| 10238365 | 01/05/10 | Emails regarding next step in LifeMasters bankruptcy proceedings regarding CMS claims. | .10 | 1149 | Paul C. Besozzi | 61.00 | 61.00 | 22294 |
| 10269719 | 01/05/10 | Internal e-mails (.10) and conference call regarding CMS claims in DAB (0.80). | .90 | 5531 | Karen Thiel | 441.00 | 441.00 | 22735 |
| 10248313 | 01/05/10 | Telephone call M. Saltzburg regarding | .80 | 5647 | Laurence Freedm | 568.00 | 568.00 | 23303 |

PATTON BOGGS LLP PROFORMA
DETAILED BILLING REPORT
PROFORMA NUMBER: 1431125

(RUN 02/10/10 09:22:25 )
Page 5 (5)
THRU 01/31/10

BILL SENT BY: 1149    Paul C. Besozzi

| CLIENT | 028185 | LifeMasters Supported Selfcare, Inc. | | LAST DATE BILLED | | FEES and DISBURSEMENTS | | |
| MATTER | 0102 | Special Healthcare Counsel | | DATE BILLED THRU | | | | |

| SEQUENCE | DATE | ***PROFESSIONAL SERVICES*** | HOURS WORKED | TKPR NO | TIMEKEEPER NAME | WORKED VALUE | BILLED VALUE | RUNNING TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10248317 | 01/05/10 | (Redacted) for DAB proceeding for U.S. claims regarding Oklahoma and Florida. Telephone call with G. Pilari, R. Bender et.al. regarding (Redacted) under defense of claims regarding Florida and Oklahoma. | 1.00 | 5647 | Laurence Freedm | 710.00 | 710.00 | 24013 |
| 10237433 | 01/05/10 | Prepare for/attend teleconference with L. Freedman and P. Besozzi regarding open issues relative to DAB proceeding and adjudication of claims (1.00); prepare for/attend teleconference with L. Freedman, T. Arnold and representatives from Alvarez and Marcel regarding status of matter (1.10); post-conference call meeting with L. Freedman to discuss same (0.3). | 2.40 | 8370 | Mark Salzberg | 1500.00 | 1500.00 | 25513 |
| 10269785 | 01/08/10 | Internal e-mails regarding CMS claims (0.30). | .30 | 5531 | Karen Thiel | 147.00 | 147.00 | 25660 |
| 10255515 | 01/14/10 | Review and email regarding Order on March 4, 2010 hearing. | .10 | 1149 | Paul C. Besozzi | 61.00 | 61.00 | 25721 |
| 10268818 | 01/18/10 | Update file; outline CMS defenses to claims. | .50 | 3114 | John Voorhees | 290.00 | 290.00 | 26011 |
| 10269039 | 01/20/10 | Update from L. Freedman re: conference call (0.20); emails re: same (0.20); (Redacted) (0.20); emails re: same (0.10). | .50 | 3114 | John Voorhees | 290.00 | 290.00 | 26301 |
| 10285334 | 01/28/10 | Emails regarding First Interim Application for Approval of Fees and Disbursement of Expenses. | .20 | 1149 | Paul C. Besozzi | 122.00 | 122.00 | 26423 |
| 10279248 | 01/28/10 | Communicate with P. Besozzi and L. Freedman regarding Fee Application issues. | .30 | 8370 | Mark Salzberg | 187.50 | 187.50 | 26611 |
| 10287432 | 01/29/10 | Draft February 1, 2010 DAB status report. Review time-detail in advance of Fee Application deadline; teleconference with L. Freedman regarding same and regarding pro hac motion to be filed in main bankruptcy case; communicate with L. Freedman and P. Besozzi regarding procedure for submission of time-detail to Debtor's counsel in advance of February 10 deadline. | .50 | 5647 | Laurence Freedm | 355.00 | 355.00 | 26966 |
| 10283689 | 01/29/10 | | .50 | 8370 | Mark Salzberg | 312.50 | 312.50 | 27278 |

42.60    *TIME VALUE TOTAL*    27278.00

```
                          PATTON BOGGS LLP PROFORMA
                          DETAILED BILLING REPORT                                          (RUN 02/10/10 09:22:26 )    Page 6 (6)
                          PROFORMA NUMBER: 1431125            ( 1402663    )                                           THRU 01/31/10

BILL SENT BY: 1149    Paul C. Besozzi
CLIENT 028185    LifeMasters Supported Selfcare, Inc.            LAST DATE BILLED                FEES and DISBURSEMENTS
MATTER 0102      Special Healthcare Counsel                     DATE BILLED THRU
```

***DISBURSEMENTS***

| SEQUENCE | DATE | BATCH | CHECK # | VOUCHER # | CODE | TKPR | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11336559 | 10/15/09 | 1349368 | | | 001 | 6677 | Long Distance Telephone<br>To:  1-310-229-1234<br>Duration: 0:01:36 | .19 |
| 11432744 | 12/22/09 | 1401051 | | | 001 | 1149 | Long Distance Telephone<br>Laurence Freedman; Call Date: 12/22/09; Call<br>Time: 10:11 AM; Call Type: 8PM | 6.29 |
| | | | | *TYPE TOTAL* | Long Distance Telephone | | | 6.48 |
| 11373250 | 12/08/09 | 1369936 | | | 002 | 6677 | Duplicating | 4.00 |
| 11418399 | 01/12/10 | 1389102 | | | 002 | 6677 | Duplicating | 2.00 |
| | | | | *TYPE TOTAL* | Duplicating | | | 6.00 |
| 11401289 | 12/08/09 | 1385418 | | | 021 | 1099 | Postage | 3.52 |
| 11401290 | 12/24/09 | 1385418 | | | 021 | 1099 | Postage | 5.62 |
| | | | | *TYPE TOTAL* | Postage | | | 9.14 |
| 11403984 | 01/11/10 | 1388429 | 1266152 | | 027 | 1149 | Courier  -  Payee: Best Messengers, Inc. | 23.85 |
| | | | | *TYPE TOTAL* | Courier | | | 23.85 |
| 11438558 | 01/05/10 | 1401167 | | | 080 | 1099 | Westlaw Research, SALZBERG,MARK | 164.35 |
| | | | | *TYPE TOTAL* | Westlaw Research | | | 164.35 |
| 11338792 | 10/14/09 | 1349472 | | | 127 | 1149 | FedEx; From: LAURENCE FREEDMAN; To: TODD ARNOLD<br>Control Number: 802889; Recipient's City/State:<br>LOS ANGELES/CA; Recipient's Signature: | 15.48 |
| | | | | *TYPE TOTAL* | Courier | | | 15.48 |
| | | | | *TOTAL DISBURSEMENTS* | | | | 225.30 |

------TIMEKEEPER SUMMARY------

| TKPR | (STATUS) TIMEKEEPER | AVG RATE | HOURS | VALUE | LAST ENTRY |
|---|---|---|---|---|---|
| 5531 | Karen Thiel | 488.08 | 2.60 | 1,269.00 | 01/08/10 |
| 1149 | Paul C. Besozzi | 610.00 | 2.00 | 1,220.00 | 01/28/10 |

```
                                                    PATTON BOGGS LLP PROFORMA
                                                    DETAILED BILLING REPORT                                          Page 7 (7)
                                                    PROFORMA NUMBER: 1431125    ( 1402663 )              (RUN 02/10/10 09:22:27 )   THRU 01/31/10

BILL SENT BY: 1149    Paul C. Bessozzi

CLIENT   0281.85      LifeMasters Supported SelfCare, Inc.        LAST DATE BILLED                                    FEES and DISBURSEMENTS
MATTER   0102         Special Healthcare Counsel                  DATE BILLED THRU

      TKPR  (STATUS) TIMEKEEPER           ------TIMEKEEPER SUMMARY------
      ----  ------------------------      AVG RATE         HOURS        VALUE            LAST ENTRY
      3114           John Voorhees        580.00            7.70        4,466.00          01/20/10
      5647           Laurence Freedman    710.00           16.30       11,573.00          01/29/10
      8370           Mark Salzberg        625.00           14.00        8,750.00          01/29/10

                        *FEES VALUE*                                   27,278.00

      CODE   DESCRIPTION                  --------------DISBURSEMENT SUMMARY--------------                            AMOUNT
      ----   -----------                                                                                             ------
      001    Long Distance Telephone                                                                                   6.48
      002    Duplicating                                                                                               6.00
      021    Postage                                                                                                   9.14
      027    Courier                                                                                                  23.85
      080    Westlaw Research                                                                                        164.35
      127    Courier                                                                                                  15.48
                                                                                                                     ------
                                                                                                                     225.30

             *TOTAL FEES & DISBURSEMENTS*                                             27,503.30
              UNALLOCATED BALANCE:                                    .00                               A/R BALANCE THIS MATTER:     .00
                                                                                                       TRUST BALANCE:               .00

START-TO-DATE FEES BILLED =           .00       YTD FEES BILLED =           .00
```

TITLE: Associate     --  RATE LEVEL:  1

| TMKFR | | |
|---|---|---|
| 1 | | |
| 5531 | 490 | 10/01/09 |
| | Karen Thiel | |

TITLE: Equity Partner   --  RATE LEVEL:  1

| TMKFR | | |
|---|---|---|
| 1 | | |
| 1149 | 610 | 01/01/09 |
| | Paul C. Besozzi | |

TITLE: Lateral Partner   --  RATE LEVEL:  1

| TMKFR | | |
|---|---|---|
| 1 | | |
| 5647 | 710 | 01/01/09 |
| | Laurence Freedman | |
| 8370 | 625 | 04/01/09 |
| | Mark Salzberg | |

TITLE: Tenured Partner   --  RATE LEVEL:  1

| TMKFR | | |
|---|---|---|
| 1 | | |
| 3114 | 580 | 01/01/09 |
| | John Voorhees | |

# EXHIBIT "B"

# PATTON BOGGS LLP
## ATTORNEYS AT LAW

www.pattonboggs.com

## HEALTH CARE

**SPECIALTIES**

Appropriations and Grant Funding

Fraud and Abuse and False Claims Act Litigation and Counseling

Legislative and Regulatory Policy

Medicare and Medicaid Coverage and Reimbursement

Privacy, HIPAA and Health IT

Transactions

The Patton Boggs Health Care Practice is one of the preeminent health law and policy practices in the nation. As leaders in this complex area, we use our knowledge of federal, state and local health care issues to counsel and defend clients on legal and policy matters under congressional consideration, in federal administrative rulemaking processes and under investigation by federal or state officials.

A key component of our Health Care Practice includes helping our clients navigate the intricacies of Medicare and Medicaid. Our work on behalf of clients encompasses legislative and grassroots advocacy, high-level administrative outreach on regulatory issues, coalition-building and project management, compliance advice, responses to federal or state investigations, corporate transactions assistance and identifying federal funding opportunities.

### OUR TEAM

Our institutional knowledge gained over years of involvement in matters ranging from "big picture" policy debates to discrete technical issues gives us an exceptional level of understanding – and our clients a distinctive level of insight. With more than 120 professionals in the firm directly involved in public policy, including more than 30 members exclusively devoted to the Health Care Practice, we combine the talents of former high-ranking federal officials, congressional committee staff and an array of private sector attorneys and policy experts. We have extensive experience in dealing with complex regulatory issues at both the Food and Drug Administration (FDA) and the Centers for Medicare and Medicaid Services (CMS). Collectively, our team has decades of regulatory and legislative experience, providing comprehensive, substantive authority on these matters and access to policymakers at the highest levels of the federal government.

Many of our litigators have extensive backgrounds working on health care fraud issues at the Department of Justice. The breadth and creativity of our litigation practice, often employed in combination with our public policy efforts, provides excellent service for clients. Our attorneys have completed hundreds of health care deals, ranging from company formation to acquisition, corporate finance, merger and workout. Patton Boggs has both the technical depth and political expertise to address our clients' full range of advocacy, legal and transactional issues.

### DIVERSE CLIENTELE

We advise the full range of health care entities, large and small, public and private. We represent Fortune 500 corporations, major trade associations, and national, state and local governments and organizations, including insurers, employers, physicians and care providers, hospitals, pharmaceutical companies, device manufacturers, biotechnology companies, not-for-profit organizations

and municipal interests before both Congress and the relevant federal agencies.

Our practice has a unique history of building and managing large coalitions in the health care sector. Our understanding of legislative and regulatory processes coupled with our ability to manage the coalition format has helped these large coalitions achieve impressive victories time and again.

## THE PATTON BOGGS DIFFERENCE

Patton Boggs offers our clients detailed expertise in health care and a nuanced level of political sophistication. We have a depth of historical knowledge about the Medicare and Medicaid reimbursement systems and pride ourselves on our battle-tested familiarity with the range of possible approaches to success. Just as importantly, we have working relationships with virtually all of the major players in health policy circles, including White House and officials at all the relevant regulatory agencies, congressional and party leaders, industry stakeholders and key health policy advocates. Quite simply, we understand the challenges of the Washington political environment, and we have extensive experience in helping clients accomplish their health care objectives under the most difficult circumstances.

## SPECIALTIES

- Legislative and Regulatory Policy
- Medicare and Medicaid Coverage and Reimbursement
- Fraud and Abuse and False Claims Act Litigation and Counseling
- Privacy, HIPAA and Health IT
- Health Care Transactions
- Appropriations and Grant Funding
- Health Care Tax Policy
- Health Insurance Reform
- Food and Drug
- Regional and Local Health Care Systems Representation

# PATTON BOGGS LLP
### ATTORNEYS AT LAW
www.pattonboggs.com



## LAURENCE J. FREEDMAN
Partner

Litigation and Dispute Resolution
Health Care
Government Contracts
Fraud and Abuse and False Claims Act Litigation and Counseling
Government Investigations and Litigation

2550 M Street, NW
Washington, DC 20037
T: 202-457-6138  F: 202-457-6315
lfreedman@pattonboggs.com

**Education**

- Yale Law School, J.D., 1987
- Colgate University, A.B., *magna cum laude*, 1984

**Bar Admissions**

- District of Columbia
- New York

**Awards and Honors**

- U.S. Attorney General's Award for Exceptional Service, 2000
- U.S. Attorney General's Award for Distinguished Service, 1997
- DOJ Special Commendation for Outstanding Service, 2003
- DOJ Special Achievement Awards, 2000 and 1997
- DOJ Meritorious Award, 1996
- HHS Inspector General's Exceptional Achievement Award, 1997
- HHS Inspector General's Integrity Award, 1995
- National Association of Medicaid Fraud Control Units Award, 2003
- National Association of

Larry Freedman defends clients against government investigations and litigation relating to allegations of fraud and abuse in the healthcare and life sciences industries. He has defended matters brought by the Department of Justice (DOJ), including United States Attorneys' Offices throughout the country, as well as the Department of Health and Human Services (HHS) Office of Inspector General (OIG) and other federal and state agencies. He has extensive experience handling complex civil litigation and global resolutions—cases involving criminal, civil and administrative allegations, federal and state interests and multiple jurisdictions. In addition to fraud enforcement matters, Mr. Freedman also counsels companies through internal investigations, corporate compliance and investor due diligence reviews. He represents a broad range of health care clients, including hospitals, durable medical equipment companies, clinical laboratories, pharmaceutical and device manufacturers and individual health care executives.

Before joining Patton Boggs in 2005, Mr. Freedman served for seven years as an assistant director in the DOJ's Civil Fraud Section. He devoted his efforts exclusively to health care fraud matters pursued under the False Claims Act and its *qui tam* (whistleblower) provisions, including cases premised on the Anti-Kickback Statute, the Stark laws (banning physician self-referral) and violations of the Food, Drug and Cosmetic Act. During this time, he directly supervised hundreds of *qui tam* cases prosecuted by the section's 70-plus attorneys in districts throughout the United States. He managed high-profile actions involving major pharmaceutical manufacturers, dialysis companies, the largest rehabilitation hospital corporation, acute care hospital and nursing home chains and national clinical laboratory companies. Mr. Freedman also counseled HHS and the Centers for Medicare and Medicaid Services (CMS) on policy and enforcement matters, supervised multidistrict, joint federal-state investigative efforts and was part of the leadership team for DOJ's Pharma Fraud Initiative.

Before his appointment to assistant director, Mr. Freedman worked as a trial attorney in the Civil Fraud Section from 1991-1997. He gained extensive experience in white collar investigations and complex civil litigation, often in joint criminal and civil matters, in the areas of defense procurement and health care fraud. Mr. Freedman achieved many significant recoveries during this period, including the landmark National Health Laboratories global resolution and the $600 million in civil settlements that resulted from "Operation LABSCAM," a joint DOJ-OIG-State Attorneys' General effort that he co-led to investigate and prosecute national independent clinical laboratories headquartered throughout the country.

Medicaid Fraud Control Units
Award, 1997

For these achievements, Mr. Freedman was recognized repeatedly by the DOJ, the HHS Office of Inspector General and the National Association of Medicaid Fraud Control Units. The attorney general awarded him the Attorney General's 'Exceptional Service' Award, the DOJ's highest honor, for his role in the then-largest global settlement of a health care fraud case (involving the world's largest kidney dialysis company). He also received the Attorney General's 'Distinguished Service' Award, the DOJ's second highest award and the DOJ Special Commendation for Outstanding Service, awarded for his role in a landmark case against the largest national hospital chain. While at DOJ, he taught health care fraud at the National Advocacy Institute and provided fraud training to assistant U.S. attorneys, FBI agents and supervisors and other federal law enforcement personnel.

**Professional Affiliations:**
American Bar Association
American Health Lawyers Association
DC Bar, Litigation Section Steering Committee (Co-Chair, 2003-2005)
American Constitution Society
*Rx Compliance Report*, Advisory Board Member
*BNA Health Care Fraud Report*, Advisory Board Member (commencing October 2009)

**Clerkships**
Hon. Richard J. Cardamone, U.S. Court of Appeals for the 2nd Circuit, 1987 - 1988

ARTICLES

Patton Boggs Podcast - Week of July 27, 2009 (Audio)
July 27, 2009

ALERT: The False Claims Act is Now an "All-Purpose Antifraud Statute"
July 2009

Litigation Achievements
2008 Edition

The Supreme Court's Allison Engine Decision Has Potentially Far-Reaching Implications for False Claims Act Liability in Health Care Cases
June 2008

Patton Boggs Attorneys Persuade District Court in Hawaii to Construe 9th Circuit Hendow Decision Narrowly
June 11, 2007

ALERT: Patton Boggs Secures Summary Judgment For Medical Clinic Accused of Fraud In Connection With Medicare "Incident To" Rules
May 2007

Alert: TESTING THE LIMITS OF "OFF-LABEL" PROMOTION
August 2006

Testing the Limits of "Off-Label" Promotion
August 2006

Former DOJ Attorneys Highlight Twelve Emerging Issues to Watch
January 2006

Health Fraud Alert
May 2005

**Appearances (selected)**
- "Pfiguring Out the Pfizer Settlements: How to Keep Your Pharma or Device Company From Becoming the Next Target," Windover Information Webinar (October 21, 2009)
- "Knowing What to Do When You Receive a Subpoena: Responding Effectively to Off-Label Investigations and Qui Tam Suits," Sixth National Pharmaceutical and Medical Device Company's Guide to Off-Label Communications (July 2009)
- "Criminal and Civil Enforcement in the Medical Device Industry," ABA 19th National Institute on Health Care Fraud (May 2009)
- "False Claims Act & Proposed Amendments: An Update," ALI-ABA Video

Web cast (November 2008)
- "Current Fraud, Abuse and Overpayment Issues Impacting Inpatient Rehabilitation Hospitals," Sixth Annual Medical Rehabilitation Education Conference (September 2008)
- "False Claims Act Compliance: Keys to Protecting Your Clients," National Constitution Center (June 2008)
- "Medical Device Fraud and Abuse," ABA 18th Annual National Institute on Health Care Fraud (May 2008)
- "How the Recent Landmark $311 Million Device Settlements Will Change Industry Practices," National Medical Device Audio Conference
- "Formulating a Game Plan for Preventing and Responding to State and Federal Subpoenas," American Conference Institute Sales and Marketing of Medical Devices (November 2007)
- "Defending Against False Claims Litigation - the Current Pharma Landscape," Seventh National Forum on Fraud and Abuse in the Sale and Marketing of Drugs (October 2007)
- "How Criminal and Civil Enforcement is Shaping the Outlook for Off-Label Dissemination," Ninth Annual Guidelines for Disseminating Off-Label Information (October 2007)
- "Fraud, Abuse and Overpayment Issues in Rehabilitation Hospitals," Fifth Annual Medical Rehabilitation Education Conference (September 2007)
- "State Law Developments in Device Marketing Compliance and Enforcement," Third Annual Medical Device and Diagnostic Marketing Compliance Congress (June 2007)
- "Off-label Promotion and Physician Liability," DIA 43rd Annual Meeting (June 2007)
- "Medical Device Fraud and Abuse," ABA 17th Annual National Institute on Health Care Fraud (May 2007)
- "The Implication of the Supreme Court's False Claims Act Decision in Rockwell International Corp. v. United States ex rel. Stone," ALI-ABA Audio Conference (May 2007)
- "Complying with the False Claims Act," National Forum on Government Contracting Compliance for Commercial Companies (March 2007)
- "Recent Pharmaceutical and Device Prosecutions, Investigations and Settlements," Fourth Annual Pharmaceutical Marketing Compliance Congress (January 2007)
- "The InterMune Settlement: Deferred Prosecution Agreements in the Context of Off-Label Investigations," National Pharmaceutical Conference (December 2006)
- "Special 20th Anniversary Discussion: What Hath the False Claims Laws Wrought?," Sixth Annual Taxpayers Against Fraud Education Fund Conference and Awards Dinner (September 2006)
- "Looking at the Changing Landscape of Pharmaceutical Promotions in Response to PhRMA Guidelines and Federal Enforcement Initiatives," DIA 18th Annual Workshop on Marketing Pharmaceuticals in a Time of Change (February 2006)
- "Lesson's of Serono's $704 Million Settlement for Illegal Off-Label Promotion, Kickbacks and Other Violations," *Rx Compliance Reports* (2006)
- *False Claims Act Enforcement and Litigation*, *Advanced National Forum on False Claims Act Enforcement and Litigation* (June 2005) (Co-Chair)
- Lecturer, DOJ National Advocacy Center
- Speaker, FBI National Health Care Fraud Conference (Supervisors' Training)
- Speaker, Medicaid Fraud Control Units, Directors' Symposium

# PATTON BOGGS LLP
## ATTORNEYS AT LAW

www.pattonboggs.com



## MARK A. SALZBERG
Partner

Bankruptcy and Restructuring
Complex Financial and Commercial Disputes
Litigation and Dispute Resolution

2550 M Street, NW
Washington, DC 20037
T: 202-457-5242  F: 202-457-6315
msalzberg@pattonboggs.com

Mark Salzberg is a partner in Patton Boggs' Washington office and a member of the firm's Bankruptcy and Restructuring Practice Group. He focuses his practice on bankruptcy, creditors' rights and debtor reorganizations, and complex commercial litigation.

Mr. Salzberg has extensive experience representing debtors, creditors' committees, financial institutions, secured and unsecured creditors, franchisors and distributors in bankruptcy matters throughout the United States. He has served as the lead appellate counsel in multiple bankruptcy appeals at both the district court and bankruptcy appellate panel levels and regularly counsels clients on intellectual property matters arising under the Bankruptcy Code.

In addition to his bankruptcy work, Mr. Salzberg has represented parties in a wide variety of complex commercial litigation cases in both state and federal courts, including lender liability suits and other business tort actions, breach of contract, trade secret and noncompete actions.

Before joining Patton Boggs, Mr. Salzberg was a partner at Foley & Lardner LLP, where he was head of the Bankruptcy and Business Reorganization Practice Group in the mid-Atlantic region.

### Education

- University of Virginia School of Law, J.D., 1992
- Swarthmore College, B.A., 1987

### Bar Admissions

- District of Columbia
- Florida

### Court Admissions

- U.S. Supreme Court
- U.S. Court of Appeals for the District of Columbia Circuit
- U.S. Court of Appeals for the 11th Circuit
- U.S. District Court for the District of Columbia
- U.S. District Court for the Southern District of Florida

### Awards and Honors

- Pro Bono Service Award, Florida Supreme Court (2005)
- Named one of "Florida Legal Elite," *Florida Trend Magazine* (July 2004)

### Representative Matters:

- Counsel for the Unofficial Committee of Family and Dissident GM bondholders in General Motors Corp. Chapter 11 bankruptcy case pending in the Southern District of New York.
- Counsel for Debtors in Chapter 11 bankruptcy cases pending in the District of Delaware *(In re ProxyMed Transaction Services, Inc.* and *In re Diamond Glass, Inc.)*.
- Counsel for Debtor in Chapter 11 bankruptcy case pending in the Southern District of New York *(In re Boylan International Ltd.)*.
- Counsel for the Official Committee of Unsecured Creditors in a hedge fund Chapter 11 bankruptcy case pending in the Southern District of Florida *(In re Lancer Partners LP)*.
- Counsel for the Official Committee of Unsecured Creditors in Chapter 11 bankruptcy cases pending in the District of Delaware *(In re Fluid Routing Solutions Intermediate Holding Corp.* and *In re S-Tran Holdings, Inc.)*.
- Counsel for a consortium of approximately 35 of the nation's largest airports in two mega-cases pending in the Southern District of New York *(In re Delta Airlines* and *In re Northwest Airlines)*.

### Professional Affiliations:

- D.C. Bar Attorney/Client Arbitration Board
- Steering Committee, Greater Washington Board of Trade Executive Networks

Session (Fall 2005 and 2006)
- American Bankruptcy Institute
- American Bar Association

## ARTICLES

Patton Boggs Podcast - Week of April 13, 2009 (Audio)
April 13, 2009

- Co-Author, "Creditors Beware: The Use of Fast-Track Sales Under Section 363 of the Bankruptcy Code," *Corporate Rescue and Insolvency* (December 2009)
- Co-Author, "Fast-Tracked Sales Under Section 363 of the Bankruptcy Code Imperil Lessor Interests," *Business Leasing and Finance News* (July/August 2009)
- Lecturer, "DIP and Exit Financings," Patton Boggs University (July 22, 2009)
- Co-Author, "*SONICblue*: Disclose or Perish Revisited," *American Bankruptcy Institute Journal* (June 2009)
- Co-Author, "Third Circuit Expands Insider Exposure," *American Bankruptcy Institute Journal* (April 2009)
- Co-Author, "Termination of Closed Franchises or Dealerships: A Potential Trap for the Unwary, but Federal Bankruptcy Law May Provide Significant Leverage to Franchisors and Suppliers," *Pratt's Journal of Bankruptcy Law* (January 2009)
- Lecturer, "Using the Bankruptcy Code Amendments to Obtain Maximum Leverage with Troubled and Insolvent Distributors, Dealers, and Franchisees," Drive Your Business Forward: Distribution and Franchise Law Update (September 26, 2008)
- Author, "Pressure Points: Bankruptcy Code Amendments, Court Decisions," *Franchising World* (August 2008)
- Lecturer, "How to Leverage the 2005 Bankruptcy Code Amendments in Dealing with Troubled Dealers and Franchisees," 17th Annual Law of Product Distribution and Franchise Seminar (May 6, 2008)
- Lecturer, "Enforcing Arbitration and Other Contractual Provisions Against Bankrupt and Insolvent Franchisees, Dealers and Distributors," Drive Your Business Forward: Distribution and Franchise Law Update (January 24, 2008)
- Co-Author, "When Worlds Collide: The Enforceability of Arbitration Agreements in Bankruptcy," *ABA Franchise Law Journal* (Summer 2007)
- Lecturer, "Insights and Strategies for Suppliers Dealing with Insolvent Distributors and Sales Representatives," 16th Annual Law of Product Distribution and Franchise Seminar (May 1, 2007)
- Author, "Rights of Secured Creditors Upon Default," *Sterling Education Services* (Summer 2002)
- Lecturer, "Creditor's Rights in Bankruptcy," *Sterling Education Services* (April 18, 2002)
- Moderator, "Ethics and Professionalism," Palm Beach County Bar Association (August 15, 2001)

# PATTON BOGGS LLP
## ATTORNEYS AT LAW
www.pattonboggs.com



## JOHN VOORHEES
Partner

Environmental Law
Litigation and Dispute Resolution
Environmental Litigation
Environmental Compliance Counseling
Energy and Natural Resources

1801 California Street
Suite 4900
Denver, Colorado 80202

2550 M Street, NW
Washington, DC 20037
T: 303-894-6199  F: 303-894-9239
voorhees@pattonboggs.com

**Education**
- Catholic University of America, J.D., 1976
- Emerson College, B.A., 1973

**Bar Admissions**
- District of Columbia
- Colorado
- Massachusetts
- Rhode Island

**Awards and Honors**
- Colorado Super Lawyers, 2006

John Voorhees splits his time between Washington D.C. and Colorado. His practice focuses on corporate compliance, environmental and civil litigation, and white-collar criminal defense. Mr. Voorhees creates compliance systems for innovative solutions to business problems and has been at the forefront of environmental management systems for many years. He works with electric utilities, and in clean tech energy sectors and assists Federal, State and Local governments to solve environmental problems. With more than 30 years of litigation experience, Mr. Voorhees also served for 11 years as a federal prosecutor in the United States Department of Justice (DOJ). He has litigated environmental, civil, white-collar, and criminal cases (as a prosecutor) in courts throughout the United States.

### Environmental And Compliance
- Clean Water Act
- Superfund (cost recovery and contribution)
- Environmental compliance systems, development, and implementation
- Asbestos

### Defense Litigation
- Civil and criminal investigations
- Internal investigations
- Defense strategy development and implementation

### Author
- Corporate Director's Ethics and Compliance Handbook, NACD (2003) (co-author)
- International Environmental Risk Management: ISO 14000 and the Systems Approach, Lewis Publishers (1997) (co-author)
- Corporate Compliance Principles, National Center for Preventive Law (1997) (member and team leader)

### Professional Affiliations:
Co-Chair, Colorado Lawyers Committee, Mental Health Task Force
Chair of the Board of Directors, Leave No Trace (1999-2005)
American Bar Association

Adjunct Professor, University of Colorado Law School (1999)
Adjunct Professor, University College of the University of Denver (1993-1999)
Adjunct Professor, University of Denver Law School (1995-1998)

**Clerkships**
Hon. John W. Kern, III, District of Columbia Court of Appeals, 1976 - 1977

ARTICLES

Patton Boggs TechComm Industry Update – Smart Grid Focus, November 25, 2009
November 25, 2009

Mr. Voorhees has presented numerous speeches on compliance issues at
national legal and environmental conferences.

# PATTON BOGGS LLP
### ATTORNEYS AT LAW

www.pattonboggs.com



## KAREN SMITH THIEL, PH.D.
Associate

Public Policy and Lobbying
Health Care
Legislative and Regulatory Policy
Medicare and Medicaid Coverage and Reimbursement
Privacy, HIPAA and Health IT
Appropriations and Grant Funding
Privacy Law

2550 M Street, NW
Washington, DC 20037
T: 202-457-5229  F: 202-457-6315
kthiel@pattonboggs.com

Karen Smith Thiel advises clients on matters involving public policy and health care. She applies her knowledge of federal, state, and local health care systems to help clients understand the effects of emerging health policies.

**Education**

- University of Maryland, J.D., *cum laude,* Order of the Coif, 2003
- University of Minnesota, Ph.D., 1980
- New School University, M.A., 1973
- Rutgers University, B.A., *cum laude,* 1970

**Bar Admissions**

- District of Columbia
- Maryland

**Court Admissions**

- U.S. District Court for the District of Maryland

Dr. Thiel works with professional associations, medical institutions, health care providers, and patient advocacy groups to develop their legislative agendas and strategies related to proposed regulations. She focuses on Medicare, Medicaid, and State Children's Health Insurance Program (SCHIP) issues. She also has assisted pharmacy and patient advocacy groups with statutory and regulatory interpretations of provisions of the Medicare Prescription Drug Program, and has helped clients navigate the Centers for Medicare and Medicaid Services' National Coverage Analysis process.

In addition, Dr. Thiel understands the research process, its funding mechanisms, and the way in which agency regulations and guidance influence the conduct of federally funded health research. She follows closely the developments in health information technology, informed consent for participation in biomedical research, and patient privacy issues.

Before joining Patton Boggs, Dr. Thiel had a distinguished career as a policy consultant, researcher, and federal policy analyst. She was a senior consultant on the Joint Committee on Science and Technology in the California State Legislature, where she worked on health research and health care issues involving major public and private universities and patient advocacy groups. An experienced public policy researcher, she held joint appointments with the University of Southern California's Schools of Public Administration and Social Work. She has designed complex evaluations of federally funded, community-based public health programs, including the National Evaluation of SCHIP. She also served as chief evaluator in the U.S. Department of Health and Human Services' Office of Population Affairs.

As a Senior Fellow with the Health Resources and Services Administration (HRSA), Dr. Thiel served as liaison to the Robert Wood Johnson Foundation's Turning Point Initiative's Committee on the Modernization of the Public Health Law, worked with the Surgeon General's Task Force on Drug Importation, and provided consultation on measuring the impact of initiatives designed to reduce health disparities. She has published in the areas of health care for vulnerable populations, participation in biomedical research, and data systems to measure the provision of health care services and health care quality.

**Professional Affiliations:**
American Bar Association
Board of Directors, Mÿa Foundation for the Arts and Technology
Board of Directors, National Perinatal Association

ARTICLES

WEBINAR: No Small Change: The Stimulus Package and Its Impact
February 2009

Patton Boggs Podcast - Week of January 23, 2009 (Audio)
January 23, 2009

Patton Boggs Podcast - Week of December 29, 2008 (Audio)
December 29, 2008

Don't Split It: Pill Splitting in Federal Health Care Programs
February 2006

Dr. Thiel is the author of numerous publications and reports in the areas of
adolescent pregnancy, infant mortality, maternal and child health, and program
evaluation. She has authored a paper on medical monitoring for toxic exposure
for the Centers for Disease Control and Prevention, and presented *New
Developments in Public Health Law* at the Second Annual Conference on the
Public's Health and the Law in the 21st Century.

She recently wrote "Parental Consent for Children's Participation in Biomedical
Research: The Ethical, Regulatory, and Judicial Framework of *Grimes v.
Kennedy Krieger, Institute, Inc.*," which appeared in the *Journal of Health Care
Law and Policy* (Winter 2003).

# PATTON BOGGS LLP
ATTORNEYS AT LAW

www.pattonboggs.com



## PAUL C. BESOZZI
Partner

Technology and Communications
Mergers and Acquisitions
Administrative and Regulatory

2550 M Street, NW
Washington, DC 20037
T: 202-457-5292  F: 202-457-6315
pbesozzi@pattonboggs.com

Paul Besozzi practices telecommunications law, principally in the common and private carrier and broadcast areas. His extensive experience includes regulatory, transactional, legislative and litigation matters involving a broad array of telecommunications clients ranging from cellular telephone service providers to providers of prepaid long-distance telephone service. Mr. Besozzi focuses on the representation of clients in the public communications and wireless arenas, including pay phone, operator services, long-distance resale, cellular telephone, personal communications services, specialized mobile radio, paging, point-to-point microwave, interactive video and data services and other emerging wireless technologies.

Mr. Besozzi represents clients before federal and state regulatory agencies on matters related to rulemaking, licensing, adjudication and enforcement matters. He also advises clients on the impact and requirements of the Telecommunications Act of 1996, including new market entrants seeking to interconnect to the existing telecommunications network.

Before joining Patton Boggs, Mr. Besozzi was a partner in his own telecommunications law firm, after serving as general counsel and minority counsel to the U.S. Senate Committee on Armed Services. Mr. Besozzi served as a member and editor of the Georgetown Law Journal during law school and was elected Phi Beta Kappa while attending Georgetown University School of Foreign Service.

### Education

- George Washington University, M.B.A., 1977
- Georgetown University Law Center, J.D., 1972
- Georgetown University School of Foreign Service, B.S.F.S., *cum laude*, 1969

### Bar Admissions

- District of Columbia
- Virginia

### Awards and Honors

- Who's Who In American Law
- Who's Who Among Practicing Attorneys

### Representative Matters:

- Represented cellular carriers in various transactions totaling $500 million.
- Represented trade association in state proceedings setting network access rates.

### ARTICLES

Patton Boggs TechComm Industry Update – Smart Grid Focus, November 25, 2009
November 25, 2009

- Frequent speaker and author on the public communications industry, especially on federal and state legal and regulatory matters affecting payphone and operator service providers.

# EXHIBIT "C"

| Name | Hourly Rate |
|------|-------------|
| John Voorhees | $580.00 |
| Karen Thiel | $490.00 |
| Laurence Freedman | $710.00 |
| Mark Salzberg | $625.00 |
| Paul Besozzi | $610.00 |

| In re:<br>LIFEMASTERS SUPPORTED SELFCARE, INC. | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 8:09-bk-19722-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing documents described as FIRST INTERIM APPLICATION OF  PATTON BOGGS LLP FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF   LAURENCE J. FREEDMAN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 10, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Todd M Arnold    tma@lnbrb.com
- Catherine E Bauer    Catherine.Bauer@usdoj.gov
- Ron Bender    rb@lnbrb.com
- Neil Jon Bloomfiedd    njbloomfield@njblaw.com
- Daren Brinkman    office@brinkmanlaw.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Eugene Chang    echang@steinlubin.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Peter J Gurfein    pgurfein@akingump.com
- Jay W Hurst    jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
- Gerald P Kennedy    gpk@procopio.com
- Leib M Lerner    leib.lerner@alston.com
- Julie E Oelsner    joelsner@weintraub.com
- James R Selth    jim@wsrlaw.net
- Matthew J Troy    matthew.troy@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Wendy M Warren    wwarren@bassberry.com
- Marc J Winthrop    pj@winthropcouchot.com

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On February 10, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Service by Overnight Mail
The Hon. Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                  **F 9013-3.1**

| In re:<br>LIFEMASTERS SUPPORTED SELFCARE, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:09-bk-19722-ES |
|---|---|

Catherine E. Bauer **NEF***
Nancy S Goldenberg
U.S. Trustee - Santa Ana
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000

SERVICE BY U.S. MAIL<br>OR<br>SERVICE BY NEF MARKED WITH *

Counsel for Committee
Daren R. Brinkman **NEF***
Brinkman Portillo, PC
4333 Park Terrace Drive, Ste 205
Westlake Village, CA 91361

Committee
DOME Printing
Attn: Tim Poole
340 Commerce Circle
Sacramento, CA 95815

Committee
Tension Envelope, Inc.
Attention: Randy Phillips
40750 County Center Dr.
P.O. Box 9031
Temecula, CA 92589

Committee
Heater Direct
Attn: Tim Ellenberger
441 Technology Drive
Canonsburg, PA 15317

Special Healthcare Counsel
Laurence Freedman
Karen Smith Thiel
Patton Boggs LLP
2550 M Street, N.W., Suite 500
Washington, D.C. 20037

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 10, 2010 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**