FILED & ENTERED

NOV 17 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber  DEPUTY CLERK

RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  rb@lnbyb.com, tma@lnbyb.com

Attorneys for Chapter 11 Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(SANTA ANA DIVISION)

In re:

LIFEMASTERS SUPPORTED
SELFCARE, INC.,

        Debtor.

) Case No. 8:09-bk-19722-ES
)
) Chapter 11
)
) **ORDER CONTINUING DISCLOSURE**
) **STATEMENT HEARING AND CASE**
) **STATUS CONFERENCE**
)
) Hearing:
) Date:  December 9, 2010
) Time:  10:30 a.m.
) Place: Courtroom "5A"
)        411 West Fourth Street
)        Santa Ana, CA 92701
)
)
)
)

1

The Court, having considered the motion filed by LifeMasters Supported SelfCare, Inc., the Chapter 11 debtor and debtor in possession herein (the "Debtor"), requesting the Court to continue the Disclosure Statement hearing and Case Status Conference, currently scheduled for December 9, 2010, at 10:30 a.m., for a period of three months, and good cause appearing,

IT IS HEREBY ORDERED that the hearing currently scheduled to be held on December 9, 2010 at 10:30 a.m. for the Court to consider approval of the joint disclosure statement filed by the Debtor and the Official Committee of Unsecured Creditors and the general case status conference scheduled to be held at that same date and time shall be continued to a hearing to be held on **March 10, 2011 at 10:30 a.m.**

###

DATED: November 17, 2010

_Erithe A. Smith_
United States Bankruptcy Judge

2

| In re: | CHAPTER 11 |
|---|---|
| LIFEMASTERS SUPPORTED SELFCARE, INC., <br> Debtor(s). | Case No.: 8:09-bk-19722-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **[PROPOSED] ORDER CONTINUING DISCLOSURE STATEMENT HEARING AND CASE STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On November 3, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Served by U.S. Mail
The Hon. Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 3, 2010 | Lourdes Cruz | */s/ Lourdes Cruz* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                          **F 9013-3.1**

3

| In re:<br><br>LIFEMASTERS SUPPORTED SELFCARE, INC.,<br><br>Debtor(s). | CHAPTER 11<br><br>Case No.: 8:09-bk-19722-ES |
|---|---|

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **[PROPOSED] ORDER CONTINUING DISCLOSURE STATEMENT HEARING AND CASE STATUS CONFERENCE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of November 3, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Todd M Arnold     tma@lnbrb.com
- Catherine E Bauer     Catherine.Bauer@usdoj.gov
- Ron Bender     rb@lnbrb.com
- Neil Jon Bloomfiedd     njbloomfield@njblaw.com
- Daren Brinkman     office@brinkmanlaw.com
- Eugene Chang     echang@steinlubin.com
- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- Peter J Gurfein     pgurfein@lgbfirm.com
- Jay W Hurst     jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
- Gerald P Kennedy     gpk@procopio.com
- Leib M Lerner     leib.lerner@alston.com
- Laura J Portillo     office@brinkmanlaw.com
- Kevin C Ronk     Kevin@brinkmanlaw.com
- James R Selth     jim@wsrlaw.net, charles@wsrlaw.net
- Derrick Talerico     dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- Matthew J Troy     matthew.troy@usdoj.gov
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Wendy M Warren     wwarren@bassberry.com
- Marc J Winthrop     mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- Beth Ann R Young     bry@lnbrb.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

LifeMasters Supported SelfCare, Inc.
15635 Alton Parkway, Suite 400
Irvine, CA 92618

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                **F 9021-1.1**